Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2* The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Philip** First name **M.** Middle name **Lawrence, II** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (**Sr.**, Jr., **II, III**) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do **NOT** list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0310 | |

Debtor 1    **Philip M. Lawrence, II**                                                    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

About Debtor 1:

**4965 Calvin Ave**
**Tarzana, CA 91356**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one** above, fill it in here. Note that the court **will** send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2:

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it** in here. Note that the court **will** send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Philip M. Lawrence, II**                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

III Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

11  **I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details** about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre printed address.

D  I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

D  I request that my fee be waived (You may request this option only if you are filing for Chapter **7**. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

II No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

III No

D Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

III No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

D    No. Go to line 12.

D    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form **101A**) and file it as part of this bankruptcy petition.

Debtor 1    **Philip M. Lawrence,** II                                              Case number *(if known)* _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

| | | | |
|---|---|---|---|
| **12.** | **Are you a sole proprietor of any full- or part-time business?** | ☐ **No.** | Go to Part 4. |
| | | ☐ Yes. | Name and location of business |
| | A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC. | | _____ |
| | | | Name of business, if any |
| | If you have more than one sole proprietorship, use a separate sheet and attach it to this petition. | | _____ |
| | | | _____ |
| | | | Number, Street, City, State & ZIP Code |

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am **NOT** a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ **No.**

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1   **Philip M. Lawrence,** II

Case number (if known) _____

 **Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. Tell the court whether you have received a briefing about credit **counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificte of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ Incapacity.
       I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ Disability.
       My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ Active duty.
       I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within **14** days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ Incapacity.
       I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ Disability.
       My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
       I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Philip M. Lawrence, II**                                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts _____

---

**17.** **Are you filing under Chapter 7?**

☒ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that **after any exempt property is excluded and** administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001-$10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Part 7:**    **Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Philip M. Lawrence, II**                                    _____
Signature of Debtor 1                                       Signature of Debtor 2

Executed on    **August 2, 2023**                          Executed on    _____
                    MM/DD/YYYY                                               MM/DD/YYYY

---

Debtor 1   Philip lill. Lawrence, ll _____     Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(O) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date   **August  2, 2023**

Signatur tor _____       MM/DD/YYYY

**Robert M. Yaspan 051867**
Printed name

**Law Offices of Robert M. Yaspan**
Firm name

**21700 Oxnard Street, Suite 1750**
**Woodland Hills, CA 91367**
Number, Street, City, State & ZIP Code

Contact phone   **818-905-7711**          Email address   **ryaspan@yaspanlaw.com**

**051867 CA**
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Philip M. Lawrence, II** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

D  Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders            12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**IHI@**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

**Actuaries Unlimited Inc**
**16030 Ventura Blvd Suite 320**
**Encino, CA 91436**

What is the nature of the claim?   Plan Administartor Fees            $7,670.00

As of the date you file, the claim is: Check all that apply
D  Contingent
D  Unliquidated
D  Disputed
■  None of the above apply

Does the creditor have a lien on your property?
   No
Contact                       ☐  Yes. Total claim (secured and unsecured)
                                    Value of security:
Contact phone                       Unsecured claim

---

**I**

**Alan A. Greenberg**
**Greenberg Gross LLP**
**601 South Figueroa Street 30th Fir**
**Los Angeles, CA 90017**

What is the nature of the claim?   Pending Litigation - Attorney for Michael Shapiro            $0.00

As of the date you file, the claim is: Check all that apply
D  Contingent
D  Un1iquidated
D  Disputed
I I  None of the above apply

Does the creditor have a lien on your property?
11    No

Debtor 1   __Philip M. Lawrence, II__                    Case number *(if known)*  _____

| Contact | ☐ Yes. Total claim (secured and unsecured) | _____ |
|---|---|---|
| Contact phone | Value of security:<br>Unsecured claim | - _____ |

---

## I

**Alan A. Greenberg**
**601 S. Figueroa Street**
**30th Floor**
**Los Angeles, CA 90017**

What is the nature of the claim?   **Attorney for Michael Shapiro - Pending Litigation**   **$0.00**

As of the date you file, the claim is: Check all that apply
- D   Contingent
- D   Unliquidated
- D   Disputed
- I I   None of the above apply

Does the creditor have a lien on your property?
III   **No**

Contact
☐ Yes. Total claim (secured and unsecured)   _____
Contact phone   Value of security:   - _____
Unsecured claim   _____

---

**American Express**
**c/o Aaron Baldaro**
**199 S Los Robles Ave, Ste 540**
**Pasadena, CA 91101**

What is the nature of the claim?   **Attorney for American Express**   **$73,091.70**

As of the date you file, the claim is: Check all that apply
- D   Contingent
- D   Un1iquidated
- D   Disputed
- I I   None of the above apply

Does the creditor have a lien on your property?
III   **No**

Contact
☐ Yes. Total claim (secured and unsecured)   _____
Contact phone   Value of security:   - _____
Unsecured claim   _____

---

-   **California Labor & Workforce Develo**
**800 Capitol Mall, Suite 5000**
**MIC-55**
**Sacramento, CA 95814**

What is the nature of the claim?   **$0.00**

As of the date you file, the claim is: Check all that apply
- D   Contingent
- D   Unliquidated
- D   Disputed
- I I   None of the above apply

Does the creditor have a lien on your property?
III   **No**

Contact
☐ Yes. Total claim (secured and unsecured)   _____
Contact phone   Value of security:   - _____
Unsecured claim   _____

---

-   **Citi National Bank**

What is the nature of the claim?   **$0.00**

Debtor 1    Philip M. Lawrence, II                                Case number *(if known)*

---

PO Box 54830
Los Angeles, CA 90054

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:         -  _____
Unsecured claim             _____

---

**7**

**DB CREATIVITY, INC.**
**5013 Densmore Ave**
**Encino, CA 91436**

What is the nature of the claim?    **Pending Small Claims Litigation**    **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:         -  _____
Unsecured claim             _____

---

-

**DLA Piper LLP (US)**
**550 South Hope Street**
**Suite 200**
**Los Angeles, CA 90071-2678**

What is the nature of the claim?    **Attorneys Fees**    **$3,000,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:         -  _____
Unsecured claim             _____

---

**I**

**Fahimeh Takesh Hallin**
**Harris-Ginsberg LLP**
**6420 Wilshire Blvd Fl 16**
**Los Angeles, CA 90048**

What is the nature of the claim?    **Attorney for Urbana Lawrence in Pending Dissolution Litig a2ll___**    **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- No

---

Debtor 1   __Philip M. Lawrence, II__                                    Case number (if *known*) _____

| | 1111 | |
| Contact | D | Yes. Total claim (secured and unsecured) |
| | | Value of security: |
| Contact phone | | Unsecured claim |

---

What is the nature of the claim?   **2020 Income Tax payment deficiency**   $12,249,657.00

**Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812**

As of the date you file, the claim is: Check all that apply

D   Contingent
D   Unliquidated
D   Disputed
I I   None of the above apply

Does the creditor have a lien on your property?

D   No

Contact                        1111   Yes. Total claim (secured and unsecured)   $12,249,657.00
                                       Value of security:                       - $0.00
Contact phone                          Unsecured claim                          $12,249,657.00

---

What is the nature of the claim?   **Loan**   $16,230,930.00

**lill** **Global One Financial
16461 Sherman Way #165
Van Nuys, CA 91406**

As of the date you file, the claim is: Check all that apply

D   Contingent
D   Unliquidated
D   Disputed
I I   None of the above apply

Does the creditor have a lien on your property?

1111   No

Contact                        D   Yes. Total claim (secured and unsecured)
                                   Value of security:                       -
Contact phone                      Unsecured claim

---

What is the nature of the claim?   **Attorney Fees**   $83,486.00

-   **Gregory A. Girvan
FEINBERG MINDEL BRANDT
KLEIN
12424 Wilshire Blvd.,9th Floor
Los Angeles, CA 90025**

As of the date you file, the claim is: Check all that apply

D   Contingent
D   Unliquidated
D   Disputed
I I   None of the above apply

Does the creditor have a lien on your property?

1111   No

Contact                        D   Yes. Total claim (secured and unsecured)
                                   Value of security:                       -
Contact phone                      Unsecured claim

---

What is the nature of the claim?   _____   $0.00

**L A DWP
PO Box 30808**

---

Debtor 1    __Philip M. Lawrence, II__                          Case number (if *known*) _____

**Los Angeles, CA 90030**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:                  - _____
    - Unsecured claim                      _____

Contact _____

Contact phone _____

---

**14**

**Los Angeles County Tax Collector**
P. 0. Box 54110
Los Angeles, CA 90054

What is the nature of the claim?    **Single family residence at 4425 Haskell**    **Unknown**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ☒ Yes. Total claim (secured and unsecured}    **$0.00**
    - Value of security:          - **Unknown**
    - Unsecured claim            **Unknown**

Contact _____

Contact phone _____

---

**I**

**Michael Seth LeBoff**
4770 Von Karman Ave
Newport Beach, CA 92660

What is the nature of the claim?    **Attorney for MOI Production - Pending Litigation**    **$210,000.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:                  - _____
    - Unsecured claim                      _____

Contact _____

Contact phone _____

---

**Rick Barlowe**
16255 Ventura Blvd Ste 625
Encino, CA 91436

What is the nature of the claim?    **$0.00**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

Debtor 1    **Philip M. Lawrence, II**

Case number (*if known*) _____

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

---

**Thomas St John Management**
**10877 Wilshire Blvd Suite 1550**
**Los Angeles, CA 90024**

What is the nature of the claim? _____    **$3,850.00**

As of the date you file, the claim is: Check all that apply
D    Contingent
D    Unliquidated
D    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured}
    Value of security: - _____
    Unsecured claim _____

Contact _____

Contact phone _____

---

**Truist Bank**
**PO Box 791278**
**Baltimore, MD 21279**

What is the nature of the claim?    **Credit Card Debt**    **$128,880.00**

As of the date you file, the claim is: Check all that apply
D    Contingent
D    Unliquidated
D    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

Contact _____

Contact phone _____

---

**U.S. Small Business**
**Administration**
**Office of General Counsel**
**312 North Spring Street, 5th**
**Floor**
**Los Angeles, CA 90012**

What is the nature of the claim? _____    **$32,500.00**

As of the date you file, the claim is: Check all that apply
D    Contingent
D    Unliquidated
D    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: - _____
    Unsecured claim _____

Contact _____

Contact phone _____

---

**20**

**ZZR Musci Defined Benefit**
**Pension Plan**

What is the nature of the claim?    **Loan**    **$538,002.00**

Debtor 1    **Philip M. Lawrence, I**                              Case number *(if known)* _____

**10877 WILSHIRE BLVD STE 1550**     **As of the date you file, the claim is:** Check all that apply
**Los Angeles, CA 90024**
D       Contingent
D       Unliquidated
D       Disputed
III     None of the above apply

**Does the creditor have a lien on your property?**

IIII    No

Contact                                    ☐    Yes. Total claim (secured and unsecured)
                                                        Value of security:      - _____
Contact phone                                           Unsecured claim          _____

**Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X – – – – – – – – – – –
**Philip M. Lawrence, II**                   Signature of Debtor 2
Signature of Debtor 1

**Date** **August 2, 2023**                  Date _____

# United States Bankruptcy Court
## Central District of California

In re    __Philip M. Lawrence, II__ _____    Case No. _____

                                    Debtor(s)            Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List

: ; = = • • : , : : • s a d        tl,a; ;; ;, m • w d o o ::: 5 i f ! J : l =

_____

rence Ji

*Penalty for making a false statement o f concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Not applicable**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Woodland Hills, CA**                         , California.

Date:        **August 2, 2023**

**Philip M. Lawrence, II**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1        **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify your case:

| Debtor 1 | **Philip M. Lawrence,** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible: If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | | Your assets Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106NB) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B | $ 21,134,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ 47,355,747.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B | $ 68,269,6,850.00 |

### Part 2: Summarize Your Liabilities

|  | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 33,754,840.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 20,308,409.70 |
| | | Your total liabilities  $ 54,063,249.70 |

### Part 3: Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 113,500.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 1,102s.00 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

  ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ■ Yes

7. What kind of debt do you have?

  ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101 (8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Philip M. Lawrence, II**                                    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form** $ - - - - - - ◆
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _ _ _ _ _ _ _ _ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _ _ _ _ _ _ _ _ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _ _ _ _ _ _ _ _ |
| 9d. Student loans. (Copy line 6f.) | $ _ _ _ _ _ _ _ _ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _ _ _ _ _ _ _ _ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _ _ _ _ _ _ _ _ |
| 9g. **Total.** Add lines 9a through 9f. | $ _ _ _ _ _ _ _ _ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, I** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106NB
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☐ Yes. Where is the property?

---

**1.1**

**4425 Haskell Ave**
Street address, if available, or other description

**Encino     CA     91436-0000**
City     State     ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

other information you wish to add about this item, such as local property identification number:

**Property in name of debtor' Living trust {PLII Living Trust). Single Family Residence currently occupied by wife {Urbana Chapa Lawrence) and children; Debtor intends to return after dissolution proceeding is concluded; claimed as separate property**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$12,460,000.00** | **$12,460,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

Debtor 1    Philip M. Lawrence, II                                           Case number (if known) _____

**1.2**

**If you own or have more than one, list here:**

**38A One West End Ave, Suite 38A**
Street address, if available, or other description

**New York          NY      10023-0000**
City                State    ZIP Code

**New York**
County

**What is the property?** Check all that apply

D    Single-family home
☐    Duplex or multi-unit building
II    Condominium or cooperative

D    Manufactured or mobile home
O    Land
D    Investment property
D    Ilmeshare
D    Other

**Who has an interest in the property?** Check one

D    Debtor 1 only
D    Debtor 2 only
D    Debtor 1 and Debtor 2 only
II   At least one of the debtors and another

other information you wish to add about this item, such as local
property identification number:

**Multi-Family Residence; claimed as debtor's separate property; debtor on
title with Urbana Lawrence**

Do not deduct secured claims or exemptio_ns. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the              Current value of the
entire property?                 portion you own?**
**$7,682,905.00                  $7,682,905.00**

**Describe the nature of your ownership interest
{such as fee simple, tenancy by the entireties, or
a life estate), if known.**

D    Check if this is community property
     (see instructions)

---

**1.3**

**If you own or have more than one, list here:**

**9639 Amigo Ave**
Street address, if available, or other description

**Northridge       CA      91324-0000**
City                State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

II   Single-family home
☐    Duplex or multi-unit building
☐    Condominium or cooperative

D    Manufactured or mobile home
D    land
D    Investment property
D    Timeshare
D    Other _____

**Who has an interest in the property?** Check one

II   Debtor 1 only
D    Debtor 2 only
D    Debtor 1 and Debtor 2 only
D    At least one of the debtors and another

other information you wish to add about this item, such as local
property identification number:

**Single Family Residence; claimed as debtor's separate property.  Property
entitled to 9639 Amigo Avenue, LLC**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors who Have Claims Secured by Property.*

**Current value of the              Current value of the
entire property?                 portion you own?**
**$1,197,998.00                  $1,197,998.00**

**Describe the nature of your ownership interest
{such as fee simple, tenancy by the entireties, or
a life estate), if known.**
**Fee simple**

D    Check if this is community property
     (see instructions)

---

**2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
       pages you have attached for Part 1. Write that number here..........................................................=>**

**$21,340,903.00**

---

m̲a̲    **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on** *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Philip M. Lawrence, II**                                      Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

Ⅲ Yes

---

**3.1**  Make:  **Cadilac**

Model:  **Escalade**

Year:  **2022**

Approximate mileage: _____

Other information:

| Lease of vehicle; December 2021; 36 months; no equity; payment approx $2300 per month; |

Who has an interest in the property? Check one

Ⅲ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

Ⅲ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          Current value of the portion you own?

**$0.00**                                        **$0.00**

---

**3.2**  Make:  **Mercedes**

Model:  **G 63**

Year:  **2022**

Approximate mileage: _____

Other information:

| Lease for 36 months; no equity; cost $4500 per month; driven by wife |

Who has an interest in the property? Check one

Ⅲ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

Ⅲ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          Current value of the portion you own?

**$0.00**                                        **$0.00**

---

**3.3**  Make:  **Cadilac**

Model:  XTC

Year:  **2022**

Approximate mileage: _____

Other information:

| Lease for 36 months; $950 per month; no equity |

Who has an interest in the property? Check one

Ⅲ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          Current value of the portion you own?

**$0.00**                                        **$0.00**

---

**3.4**  Make:  **Honda**

Model:  **Accord**

Year:  **2010**

Approximate mileage: _____

Other information:

| |

Who has an interest in the property? Check one

Ⅱ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          **Current value of the portion you own?**

**$7,500.00**                                    **$7,500.00**

---

**3.5**  Make:  **Honda**

Model:  **Civic**

Year:  **2016**

Approximate mileage: _____

other information:

| |

Who has an interest in the property? Check one

Ⅲ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          Current value of the portion you own?

**$10,000.00**                                   **$10,000.00**

---

Debtor 1    **Philip M. Lawrence, II**                                      Case number *(if known)* _____

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   **☐ Yes**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here ................•........•.....••••••••...•............................=>

   |  |
   |---|
   | **$17,500.00** |

**Part 3:**  **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?                    Current value of the
                                                                                                      portion you own?
                                                                                                      Do not deduct secured
                                                                                                      claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe .....

   | Household Goods and Furniture; including furniture, computers and paintings (from St. John report). Located in Debtor's home and nonfiling spouse's residence, a nd two storage units. Inventory will be valued during administration; value is an estimate. | $2,092,249.00 |
   |---|---|
   | ☐ Audio equipment used in Debtor's business | $513,754.00 |

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   **☐ Yes. Describe .....**

8. Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe .....

9. Equipment for sports and hobbies
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes. Describe .....

10. Firearms
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe .....

11. Clothes
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    **☐ Yes. Describe .....**

12. Jewelry
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe .....

Debtor 1    Philip M. Lawrence, II

Case number *(if known)* _____

| | |
|---|---|
| Jewelry | $1,102,489.00 |

| | |
|---|---|
| Property held by Rick Barlowe under oral agreement; debtor has option to buy back property for approximately 4 210,000. Total value of property exceeds $500,000. | $250,000.00 |

13. NonRfarm **animals**
   *Examples:* Dogs, cats, birds, horses
   I I **No**
   D **Yes.** Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list-1f1f1No**
   D **Yes.** Give specific information .....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................

$3,958,492.00

---

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current Value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ **No**
   ☐ **Yes**...........................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ **No**
   I I **Yes**.........................

   Institution name:

| | | |
|---|---|---|
| 17.1. | Cryptocurrency | $1,187.00 |
| 17.2. **Various** | As of 6/30/23 from St. John report) | $214,854.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   I I **No**
   D **Yes** .................

   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ **No**
   **Yes.** Give specific information about them ...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Debtor has right to buy 50% interest and other rights from Thomas St. John, Inc. through 2025 for $3 million. Debtor believes value of right is in excess of $30,000,000. | % | $27,000,000.00 |

---

Debtor 1    **Philip M. Lawrence, II**                                                Case number *(if known)* _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

1111 No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401 (k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

III No
☐ Yes. List each account separately.
Type of account        Institution name:

**22. Security deposits and .prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

I I No
☐ Yes . ...................
Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

1111 No
☐ Yes..... ...........        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b). and 529(b)(1).

1111 No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit

IIII No
☐ Yes. Give specific infonnation about them..

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
Yes. Give specific information about them...

| | |
|---|---|
| **Musical compositions created after end date of prior sale (apprx 2017-now)** | **Unknown** |
| **I Philmar Studios Trademark** | **$1,500,000.00** |

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

1111 No
☐ Yes. Give specific information about them...

**Money or property owed to you?**                                              Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

1111 No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years ......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

1111 No
☐ Yes. Give specific information ......

Debtor 1   **Philip M. Lawrence, II**                                          Case number *(if known)* _____

30. Other amounts someone owes you
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☐ No
   1111Yes.  Give specific information.

   | | |
   |---|---|
   | Accounts receivable from Mars Force Touting | $100,000.00 |

31. Interests in insurance policies
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   1111Yes.  Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Value of Life Insurance with National Life Group (from St. John report) | | $3,900,000.00 |

32. Any interest in property that is due you from someone who has died
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   III No
   D Yes.  Give specific information.

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   III No
   ☐ Yes.  Describe each claim.........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
   III No
   D Yes.  Describe each claim.........

35. Any financial assets you did not already list
   ☐ No
   1111Yes.  Give specific information.

   | | |
   |---|---|
   | Investment into Philmar, Inc. and Philmar Studios Inc | $2,051,706.00 |
   | CMNTY Culture LLC | Unknown |
   | Maison De Urbana LLC | Unknown |
   | PML Productions LLC | Unknown |
   | 22840 Calvert Street Holdings LLC | Unknown |
   | 6767 Sunset LLC | Unknown |
   | 9639 Amigo Ave LLC | Unknown |
   | CMNTY Brands LLC | Unknown |

Debtor 1    **Philip M. Lawrence, II**    Case number *(if known)* _ _ _ _ _ _ _ _ _

| | |
|---|---|
| CMNTY Culture Publishing LLC | Unknown |
| Dela Zquad LLC | Unknown |
| Dun & Dun LLC | Unknown |
| Gum Street Records LLC | Unknown |
| Hollywood Campus Holdco LLC | Unknown |
| Hollywood Campus LLC | Unknown |
| Hollywood Campus QOF Holdco LLC | Unknown |
| Hollywood Campus QOF LLC | Unknown |
| Larence Publishing LLC | Unknown |
| Musci Famamenam LLC | Unknown |
| Music Mamamenam LP | Unknown |
| Philmar Holdings BV | Unknown |
| Philmar Holdings NV | Unknown |
| Philmar Inc | Unknown |
| Philmar Studios Inc | Unknown |
| PL1 LLC | Unknown |
| PL2 LLC | Unknown |
| PML Entertainment Inc | Unknown |
| Poesta Creek LLC | Unknown |
| Smeeze Productions LLC | Unknown |

Debtor 1    Philip M. Lawrence, II                                        Case number *(if known)* _____

| | |
|---|---|
| Smeezington Investments LLC | Unknown |
| ZZR Music LLC | Unknown |
| Claim to reover production facility known as "the Record Plant" | Unknown |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ........................................ ·━━━·............................................  $34,767,747.00

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

D  No. Go to Part 6.

‖ Yes.  Go to line 38.

*Current value ·of the portion you own? Do not deduct secured claims or exemptions.*

38. Accounts receivable or commissions you already earned

‖ No

D  Yes.  Describe ....

39. Office equipment, furnishings, and supplies

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

‖ No

D  Yes.  Describe ....

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

‖ No

D  Yes.  Describe .....

41. Inventory

‖ No

D  Yes.  Describe ....

42. Interests in partnerships or joint ventures

☐ No

‖ Yes.  Give specific information about them ...................

Name of entity:                                                % of ownership:

Various Partnerships & Joint Ventures (per St. John rport); values investigation of fair market value  has not yet occurred                    %                      $8,612,008.00

43. Customer lists, mailing lists, or other compilations

‖ No.

D  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

■ No

Debtor 1    **Philip M. Lawrence, II**                                              Case number *(if known)* _____

       ☐ **Yes. Describe** ....

**44. Any business-related property you did not already list**

    🖩🖩🖩🖩**No**

    ☐ **Yes. Give specific information** .........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................

| | $8,612,008.00 |
|---|---|

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    🖩🖩🖩 **No.** Go to Part 7.

    ☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

    🖩🖩🖩 **No**

    ☐ **Yes. Give specific information** .........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ......................................

| | $0.00 |
|---|---|

**List the Totals of Each Part of this Form**

| | | |
|---|---|---:|
| 55. | **Part 1:** Total real estate, line 2 .................................................................................................... | $21,340,903.00 |
| 56. | **Part 2:** Total vehicles, line 5 | $17,500.00 |
| 57. | **Part 3:** Total personal and household items, line 15 | $3,958,492.00 |
| 58. | **Part 4:** Total financial assets, line 36 | ..$34,767,747.00 |
| 59. | **Part 5:** Total business-related property, line 45 | $8,612,008.00 |
| 60. | **Part 6:** Total farm- and fishing-related property, line 52 | $0.00 |
| 61. | **Part 7:** Total other property not listed, line 54 + | $0.00 |

| | | | | |
|---|---|---:|---|---:|
| 62. | Total personal property. Add lines 56 through 61 .. | $47,355,747.00 | Copy personal property total | $47,355,747.00 |

| | | |
|---|---|---:|
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | $68,696,650.00 |

**Fm fri this information to identify your case:**

| | |
|---|---|
| Debtor 1 | . **Philip M. Lawrence, II** |
| | First Name           Middle Name             Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name           Middle Name             last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

D   Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule NB: Properly* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## l@IM Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

       You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

       D  You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2   For any property you list on *Schedule AJB* that you claim as exempt, **fill** in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedu/eA/8* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Honda Accord**<br>Line from *Schedule* A/8: 3.4 | **$7,500.00** | Ill       **$7,500.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b){2)** |
| Household Goods and Furniture; including furniture, computers and **paintings (from St. John report).** Located in Debtor's home and nonfiling spouse's residence, a nd **two storage units. Inventory will be** valued during administration; value is an estimate.<br>Line from *Schedule* AIB: 6.1 | **$2,092,249.00** | Ill       **$2,092,249.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b){3)** |
| Audio equipment used in Debtor's business<br>Line from *Schedule* A/8: 6.2 | **$513,754.00** | Ill       **$9,525.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b){6)** |

3. Are you claiming a homestead exemption of more than $189,050?
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   111   No

   D   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

Debtor 1   Philip M. Lawrence, II                          Case number (if known)

**D**   **Yes**

**Fill in this information to identify your case:**

| Debtor 1 | Philip M. Lawrence, II | | |
|---|---|---|---|
| | - First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 1060

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

III Yes. Fill in all of the infonnation below.

**IⓇIM** List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list _fre cl"editor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list he claims in alphabetical order according to the cre"ditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| [II] **City National Bank** | $6,000,000,00 | $12,460,000,00 | $0,00 |
| Creditor's Name | | | |

Describe the property that secures the claim:

4425 Haskell Ave Encino, CA 91436
Los Angeles County
Property in name of debtor' Living
trust (PLII Living Trust). Single
Family Residence currently
occupied by wife (Urbana Chapa
Lawrence) and children; Debtor
intends to return after di

P O Box 60938
Encino, CA 91436
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt? Check one.**          Nature of lien. Check all that apply.

III Debtor 1 only          III An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only          ☐ Statutory lien {such as tax lien, mechanic's lien)

☐ At least one of the debtors and another          ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a          III Other (including a right to offset)    Deed of Trust
community debt

Date debt was incurred _____          Last 4 digits of account number

Debtor 1   **Philip M. Lawrence, II**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

## B Franchise Tax Board
Creditor's Name

**Bankruptcy Section MS A340**
**P.O. Box 2952**
**Sacramento, CA 95812**
Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**

| I | Debtor 1 only
| D | Debtor 2 only
| D | Debtor 1 and Debtor 2 only
| D | At least one of the debtors and another
| D | Check if this claim relates to a community debt

Date debt was incurred  _ _ _ _ _   _

Describe the property that secures the claim:

**2020 Income Tax payment deficiency**

As of the date you file, the claim is: Check all that apply.

D Contingent
D Unliquidated
D Disputed

Nature of lien. Check all that apply.

D An agreement you made (such as mortgage or secured car loan)
D Statutory lien (such as tax lien, mechanic's lien)
D Judgment lien from a lawsuit
D other (including a right to offset) _____

Last 4 digits of account number _____

| $12,249,657.00 | $0.00 | $12,249,657.00 |

---

## [ID Internal Revenue Service
Creditor's Name

**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**
Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**

■ Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**2020 Income Tax payment deficiency**

As of the date you file, the claim is: Check all that apply.

D Contingent
D Unliquidated
D Disputed

Nature of lien. Check all that apply.

D An agreement you made (such as mortgage or secured car loan)
D Statutory lien (such as tax lien, mechanic's lien)
D Judgment lien from a lawsuit
D other (including a right to offset) _____

Last 4 digits of account number _____

| $15,505,183.00 | $0.00 | $0.00 |

---

### 2.4 Los Angeles County Tax Collector
Creditor's Name

**P. 0. Box 54110**
**Los Angeles, CA 90054**
Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**

■ Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**Single family residence at 4425 Haskell**

As of the date you file, the claim is: Check all that apply.

D Contingent
D Unliquidated
D Disputed

Nature of lien. Check all that apply.

D An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
D Judgment lien from a lawsuit
D Other (including a right to offset) _____

Last 4 digits of account number _____

| $0.00 | Unknown | Unknown |

---

Debtor 1   Philip M. Lawrence, II       Case number (if known) _____
     First Name      Middle Name      Last Name

| | | |
|---|---|---|

**2.5**   **Los Angeles County Tax Collector**

Creditor's Name

**PO Box 54110**
**09005-4000**

Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**

I I   **Debtor 1 only**

D   Debtor 2 only

D   Debtor 1 and Debtor 2 only

D   At least one of the debtors and another

D   Check if this claim relates to a
     community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**    $0.00      $0.00      $0.00

**Single family residence on Amigo, Northridge CA**

As of the date you file, the claim is: Check all that apply.

D   **Contingent**

D   **Unliquidated**

D   **Disputed**

**Nature of lien. Check all that apply.**

D   An agreement you made (such as mortgage or secured
     car loan)

D   Statutory lien {such as tax lien, mechanic's lien)

D   Judgment lien from a lawsuit

D   Other (including a right to offset) _____

**Last 4 digits of account number** _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    | **$33,754,840.00** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    | **$33,754,840.00** |

**Part 2   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Philip M. Lawrence, II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

D   Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule NB: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1   List All of Your PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims against you?

   ☐ No. Go to Part 2

   ☐ Yes.

### Part 2   List All of Your NONPRIORITY Unsecured Claims

3.   Do any creditors have nonpriority unsecured claims against you?

   D   No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes.

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** Actuaries Unlimited Inc | Last 4 digits of account number _____ | $7,670.00 |
| Nonpriority Creditor's Name | | |
| 16030 Ventura Blvd Suite 320 | When was the debt incurred? _____ | |
| Encino, CA 91436 | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only

D   Debtor 2 only

D   Debtor 1 and Debtor 2 only

D   At least one of the debtors and another

D   Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

D   Contingent

D   Unliquidated

D   Disputed

Type of NONPRIORITY unsecured claim:

D   Student loans

D   Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D   Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   Plan Administartor Fees

Debtor 1   Philip M. Lawrence, I                                          Case number (if known) _____

**Alan A. Greenberg**
Nonpriority Creditor's Name
**Greenberg Gross LLP**
**601 South Figueroa Street  30th Fir**
**Los Angeles, CA 90017**
Number Street City State Zip Code
Who incurred the debt? Check one.

II Debtor 1 only

D  Debtor 2 only

D  Debtor 1 and Debtor 2 only

D  At least one of the debtors and another

D  Check if this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

Last 4 digits of account number  _____          **Unknown**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

D  Contingent

D  Unliquidated

D  Disputed

Type of NONPRIORITY unsecured claim:

D  Student loans

D  Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D  Debts to pension or profit-sharing plans, and other similar debts

III Other. Specify  **Pending Litigation - Attorney for Michael**
__S = h = a i p  i r  o__  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

**Alan A. Greenberg**
Nonpriority Creditor's Name
**601 S. Figueroa Street**
**30th Floor**
**Los Angeles, CA 90017**
Number Street City State Zip Code
Who incurred the debt? Check one.

II Debtor 1 only

D  Debtor 2 only

D  Debtor 1 and Debtor 2 only

D  At least one of the debtors and another

D  Check If this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

Last 4 digits of account number  _____          **Unknown**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

D  Contingent

D  Unliquidated

D  Disputed

Type of NONPRIORITY unsecured claim:

D  Student loans

D  Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D  Debts to pension or profit-sharing plans, and other similar debts

II other. Specify  **Attorney for Michael Shapiro - Pending**
**litigation**  _ _ _ _ _ _ _ _ _ _ _ _ _ _         _

---

**American Express**
Nonpriority Creditor's Name
**c/o Aaron Baldaro**
**199 S Los Robles Ave, Ste 540**
**Pasadena, CA 91101**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only

D  Debtor 2 only

D  Debtor 1 and Debtor 2 only

D  At least one of the debtors and another

D  Check if this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

Last 4 digits of account number  _____          **$73,091.70**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

D  Contingent

D  Unliquidated

D  Disputed

Type of NONPRIORITY unsecured claim:

D  Student loans

D  Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D  Debts to pension or profit-sharing plans, and other similar debts

■ other. Specify  **Attorney for American Express**

---

Debtor 1  **Philip** M. **Lawrence,** II                                   Case number (if known) _____

---

| 4.5 | **California Labor & Workforce Develo** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**800 Capitol Mall, Suite 5000 MIC-55**
**Sacramento, CA 95814**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

1111 Debtor 1 only

0  Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

D Contingent

D Unliquidated

D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans

0 Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D Debts to pension or profit-sharing plans, and other similar debts

1111 Other. Specify _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    _____

---

**Citi National Bank**

Nonpriority Creditor's Name

**PO Box 54830**
**Los Angeles, CA 90054**

Number Street City State Zip Code

Who incurred the debt? Check one.

1111 Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

D Contingent

D Unliquidated

D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans

D Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D Debts to pension or profit-sharing plans, and other similar debts

II Other. Specify _____

---

G  **DB CREATIVITY, INC.**

Nonpriority Creditor's Name

**5013 Densmore Ave**
**Encino, CA 91436**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

D Debtor 2 only

D Debtor 1 and Debtor 2 only

D At least one of the debtors and another

D Check if this claim is for a community debt

Is the claim subject to offset?

1111 No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

D Contingent

D Unliquidated

D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans

D Obligations arising out of a separation agreement or divorce that you did not report as priority claims

0 Debts to pension or profit-sharing plans, and other similar debts

II Other. Specify  **Pending Small Claims Litigation**

---

Debtor 1   Philip M. Lawrence, II                                          Case number (if known) _____

**DLA Piper LLP (US)**                          Last 4 digits of account number _____              **$3,000,000.00**
Nonpriority Creditor's Name
**550 South Hope Street**                        When was the debt Incurred?        _____
**Suite 200**
**Los Angeles, CA 90071-2678**
Number Street City State Zip Code                As of the date you file, the claim is: Check an that apply
Who incurred the debt? Check one.

II Debtor 1 only                                 D Contingent

D Debtor 2 only                                  D Unliquidated

D Debtor 1 and Debtor 2 only                     D Disputed

D At least one of the debtors and another        Type of NONPRIORITY unsecured claim?

D Check if this claim is for a community         D Student loans
debt
                                                 D Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

III No                                           D Debts to pension or profit-sharing plans, and other similar debts

D ves                                            II Other. Specify   **Attorneys Fees** _____

---

O    **Fahimeh Takesh Hallin**                   Last 4 digits of account number _____              **Unknown**
Nonpriority Creditor's Name
**Harris-Ginsberg LLP**                          When was the debt incurred?        _____
**6420 Wilshire Blvd Fl 16**
**Los Angeles, CA 90048**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

II Debtor 1 only                                 D Contingent

D Debtor 2 only                                  D Unliquidated

D Debtor 1 and Debtor 2 only                     D Disputed

D At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

D Check if this claim is for a community         D Student loans
debt
                                                 D Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

III No                                           D Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            II Other. Specify   **Attorney for Urbana Lawrence in Pending
                                                 Dissolution** Litigation _ _ _ _ _ _ _ _ _ _

---

_]    **Global One Financial**                   Last 4 digits of account number _____              **$16,230,930.00**
Nonpriority Creditor's Name
**16461 Sherman Way #165**                       When was the debt incurred?        _____
**Van Nuys, CA 91406**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

II Debtor 1 only                                 D Contingent

D Debtor 2 only                                  D Unliquidated

D Debtor 1 and Debtor 2 only                     D Disputed

D At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

D Check if this claim is for a community         D Student loans
debt
                                                 D Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

III No                                           D Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            II other. Specify   _Loan_ _ _ _ _ _ _ _ _ _ _ _ _ _

---

Debtor 1  Philip M. Lawrence, II          Case number (if known) _____

## D

| Gregory A. Girvan | Last 4 digits of account number _____ | $83,486.00 |

Nonpriority Creditor's Name
**FEINBERG MINDEL BRANDT KLEIN**
**12424 Wilshire Blvd.,9th Floor**
**Los Angeles, CA 90025**
Number Street City State Zip Code

Who incurred the debt? Check one.

II Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim is for a community debt

Is the claim subject to offset?

1111 No
☐ Yes

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

D Contingent
D Unliquidated
D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify  **Attorney Fees**

---

## [rJ]

| LADWP | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**PO Box 30808**
**Los Angeles, CA 90030**
Number Street City State Zip Code

Who incurred the debt? Check one.

II Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim is for a community debt

Is the claim subject to offset?

II No
☐ Yes

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

D Contingent
D UnHquidated
D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

## [rJ]

| Michael Seth LeBoff | Last 4 digits of account number _____ | $210,000.00 |

Nonpriority Creditor's Name
**4770 Von Karman Ave**
**Newport Beach, CA 92660**
Number Street City State Zip Code

Who incurred the debt? Check one.

II Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim is for a community debt

Is the claim subject to offset?

II No
☐ Yes

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

D Contingent
D Unliquidated
D Disputed

Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify  **Attorney for MOI Production - Pending Litigation**

---

Debtor 1  Philip M. Lawrence, II                                    Case number (if known)  _____

---

|  | **Rick Barlowe** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**16255 Ventura Blvd Ste 625**
**Encino, CA 91436**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- 1111 Debtor 1 only
- D Debtor 2 only
- D Debtor 1 and Debtor 2 only
- D At least one of the debtors and another
- **D Check if this claim is for a community debt**

Is the claim subject to offset?

- Ill No
- ☐ Yes

- D Contingent
- D Unliquidated
- D Disputed

Type of NONPRIORITY unsecured claim:

- D Student loans
- D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- D Debts to pension or profit-sharing plans, and other similar debts
- 1111 Other. Specify _____

---

|  | **SoCalGas** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BoxC**
**Monterey Park, CA 91756**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- 1111 Debtor **1** only
- D Debtor 2 only
- D Debtor **1** and Debtor **2** only
- D At least one of the debtors and another
- D Check if this claim is for a community debt

Is the claim subject to offset?

- Ill No
- ☐ Yes

- D Contingent
- D Unliquidated
- D Disputed

Type of NONPRIORITY unsecured claim:

- D Student loans
- D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- D Debts to pension or profit-sharing plans, and other similar debts
- Il Other. Specify _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ - - - - -

---

|  | **Target Card Services** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 660170**
**Dallas, TX 75266**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- 1111 Debtor **1** only
- D Debtor 2 only
- D Debtor **1** and Debtor **2** only
- D At least one of the debtors and another
- D Check if this claim is for a community debt

Is the claim subject to offset?

- Ill No
- D v e s

- D Contingent
- D Unliquidated
- D Disputed

Type of NONPRIORITY unsecured claim:

- D Student loans
- D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- D Debts to pension or profit-sharing plans, and other similar debts
- Il Other. Specify  **Statement in Wife's Name**

---

Debtor 1  Philip M. Lawrence, II _____    Case number (if known) _____

---

### Thomas St John Management
Nonpriority Creditor's Name
**10877 Wilshire Blvd Suite 1550**
**Los Angeles, CA 90024**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

ꛩꛩ Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D **Check if this claim is for a community debt**
**Is the claim subject to offset?**

ꛩꛩ No
☐ Yes

Last 4 digits of account number _____   **$3,850.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

D Contingent
D Unliquidated
D Disputed
Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

### Truist Bank
Nonpriority Creditor's Name
**PO Box 791278**
**Baltimore, MD 21279**
Number Street City State Zip Code
Who incurred the debt? Check one.

II Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim is for a community debt
Is the claim subject to offset?

ꛩꛩ No
☐ Yes

Last 4 digits of account number _____   **$128,880.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

D Contingent
D Unliquidated
D Disputed
Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify  **Credit Card Debt** _____

---

### U.S. Small Business Administration
Nonpriority Creditor's Name
**Office of General Counsel**
**312 North Spring Street, 5th Floor**
**Los Angeles, CA 90012**
Number Street City State Zip Code
Who incurred the debt? Check one.

II Debtor 1 only
D Debtor 2 only
D Debtor 1 and Debtor 2 only
D At least one of the debtors and another
D Check if this claim is for a community debt
Is the claim subject to offset?

ꛩꛩ No
☐ Yes

Last 4 digits of account number _____   **$32,500.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

D Contingent
D Unliquidated
D Disputed
Type of NONPRIORITY unsecured claim:

D Student loans
D Obligations arising out of a separation agreement or divorce that you did not report as priority claims
D Debts to pension or profit-sharing plans, and other similar debts
II Other. Specify _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

Debtor 1   Philip M. Lawrence, II _____     Case number (if known) _____

| | | |
|---|---|---|
| **2** | **ZZR Musci Defined Benefit** | Last 4 digits of account number _____ | **$538,002.00** |

Nonpriority Creditor's Name
**Pension Plan**
**10877 WILSHIRE BLVD STE 1550**
**Los Angeles, CA 90024**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

II  Debtor 1 only

D  Debtor 2 only

D  Debtor 1 and Debtor 2 only

D  At least one of the debtors and another

D  Check if this claim is for a community debt

Is the claim subject to offset?

III  No

☐ Yes

D  Contingent

D  Unliquidated

D  Disputed

Type of NONPRIORITY unsecured claim:

D  Student loans

D  Obligations arising out of a separation agreement or divorce that you did not report as priority claims

D  Debts to pension or profit-sharing plans, and other similar debts

II  Other. Specify  .Loan.......  _____  _____

---

**N@FM**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**L@ (M**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. $ | 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  | | Total Claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $ | 0.00 |
| | 69. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 69. $ | 0.00 |
| | 6h. Debts to pension or profit sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 20,308,409.70 |
| | 6j. Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 20,308,409.70 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, II** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) | |

D   Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
   D   No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   II   Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule NB:Property* (Official Form 106 A/8).

2.    List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Cadilac Financial<br>801 Cherry Street, Ste. 3500<br>Fort Worth, TX 76102 | 2022 Cadilac Escalade<br>2022 Cadilac SGT |
| 2.2   Mercedes Benz Financial Services<br>14372 Heritage Pkwy,<br>Fort Worth, TX 76177 | 2022 Mercedes G 63 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence,** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number | |
| (if known) | |

D  Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number {if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No

⬜ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, ·Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

⬜ No. Go to line 3.

D  Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D {Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you.owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all Schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **Urbana Chapa Lawrence**<br>**4425 Haskell Road**<br>**Encino, CA 91316**<br>**Nonfiling spouse; various creditors based on possible community**<br>**debt theories; to be amended** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, II** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM/DD/YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | Fill in your employment information. | | |
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☒ Employed   ☐ Not employed | ☐ Employed   ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | **Composer; performer** | |
| | | Employer's name | **PML Productions, LLC** | |
| | Occupation may include student or homemaker, if it applies. | Employer's address | **4965 Calvin Encino, CA 91316** | |
| | | How long employed there? | **5 years** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing Spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1    **Philip M. Lawrence, ll**                                   Case number (if known)  _____

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h. + | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 98,500.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 15,000.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____ | 8h. + | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 113,500.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 113,500.00 | $ 113,500.00 |

|  | | | | |
|---|---|---|---|---|
| | | | + g = $ | |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____          11.  +$ ____ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies          12. $ 113,500.00

    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, II** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____ MM / **DD** / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ☐ No. Go to line 2.

    ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent.........

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **6** | ☐ No  ☐ Yes |
| **Daughter** | **8** | ☐ No  ☐ Yes |
| **Daughter** | **12** | ☐ No  ☐ Yes |
| **Son** | **13** | ☐ No  ☐ Yes |
| **Wife** | **35** | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☐ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 12,000.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 10,675.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 3,269.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 4,310.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 15,000.00 |

Debtor 1    **Philip M. Lawrence, II**                                                    Case number (if known) _____

Debtor 1    Philip M. Lawrence, II      Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 6,737.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 1,301.00 |
| | 6d. other. Specify: | 6d. $ | 0.00 |
| 7. | Food and housekeeping supplies | 7. $ | 3,782.00 |
| 8. | Childcare and children's education costs | 8. $ | 18,021.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 5,538.00 |
| 10. | Personal care products and services | 10. $ | 4,108.00 |
| 11. | Medical and dental expenses | 11. $ | 770.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 8,910.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 2,500.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 868.00 |
| | 15c. Vehicle insurance | 15c. $ | 2,000.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 2,300.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 1,600.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $ | 37,000.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: **Child School Tutition** | 19. | 26,340.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21. +$ | 0.00 |
| 22. | Calculate your monthly expenses | | |
| | 22a. Add lines 4 through 21. | $ | 167,029.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 167,029.00 |
| 23. | Calculate your monthly net income | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I | 23a. $ | 113,500.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. $ | 167,029.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 53,529.00 |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, II** |
| | First Name · Middle Name · last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### - S i g n      Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____    **Attach** *Bankruptcy Petition Preparers Notice, Declaration, and Signature* (**Official** *Form 119*)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____

**Philip M. Lawrence, II**    Signature of Debtor 2
Signature of Debtor 1

Date **August 2, 2023**    Date _____

**Fill in this information to identify your case:**

Debtor 1    **Philip M. Lawrence, II**
First Name            Middle Name            Last Name

Debtor 2
(Spouse if filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4965 Calvin Avenue Tarzana, CA 91356** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$790,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1 ___Philip M. Lawrence, II___          Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources Of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2022) | D Wages, commissions,<br>bonuses, tips | **$687,709.00** | D Wages, commissions,<br>bonuses, tips | |
| | II Operating a business | | D Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2021 ) | D Wages, commissions,<br>bonuses, tips | **$68,418.00** | D Wages, commissions,<br>bonuses, tips | |
| | III Operating a business | | D Operating a business | |

5. Did you receive any other income during this year or the two previous calendar years?
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   III   No
   D   Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Describe below. | Gross income from<br>each Source<br>(b0fore deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>8nd excluSions) |

## l@fM List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   III   No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

     II   No.   Go to line 7.

     D   Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
       * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   D   Yes.   Debtor 1 or Debtor 2 or both have primarily consumer debts.
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No.   Go to line 7.

     D   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for .· |
|---|---|---|---|---|
| | | | | |

Debtor 1    Philip M. Lawrence, II                          Case number (if known) _____

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    II  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amountyo_u still owe | Reason for this payment |
|---|---|---|---|---|
| **Urbana Chapa Lawrence**<br>**4425 Haskell Avenue**<br>**Encino, CA 91316** | Various dates;<br>**total amount paid**<br>is unknown | **$0.00** | **$0.00** | Amounts paid to separated nonfiling spouse for **alimony and child support** |

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
    Include payments on debts guaranteed or cosigned by an insider.

    III  No
    D   Yes. List all payments to an insider

| Iilsider's Name and Address | Dates_of payment | Total amount paid | Amou ntyou still owe | Reason for this payment<br>Include Creditor's name |
|---|---|---|---|---|

@@@iiM  Identify Legal Actions, Repossessions, and Foreclosures

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    II  Yes. Fill in the details.

| Case title<br>Case riumber | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Lawrence v. Lawrence<br>**22STFL11850** | **Disolution of**<br>Marriage | **Los Angeles Superior Court**<br>**Stanley Most Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | III Pending<br>☐ On appeal<br>☐ Concluded |
| Shapiro v. Lawrence<br>**20STCV20818** | **Breach of**<br>**Contract** | Los Angeles Superior Court<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | III Pending<br>☐ On appeal<br>☐ Concluded |
| Lawrence v. **Mai** et al<br>**21 STCV27084** | Contractual Fraud | **Los Angeles Superior Court**<br>**Stanley Most Courthouse**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | III Pending<br>☐ On appeal<br>☐ Concluded |
| **DB** Creativity Inc. v Lawrence<br>**23VESC01098** | **Small Claims** | **Los Angeles Superior Court**<br>**Small Claims**<br>**Van Nuys Courthouse East**<br>**6230 Sylmar Ave**<br>**Van Nuys, CA 91401** | III Pending<br>☐ On appeal<br>☐ Concluded |
| American Express v. Lawrence<br>**22VECV00889** | **Collection** | **Los Angeles Superior Court**<br>**Van Nuys Courthouse**<br>**6230 Sylmar Ave**<br>**Los Angeles, CA 90017** | ■ Pending<br>D On appeal<br>D Concluded<br><br>**Default Judgment Entered** |

| Debtor 1 | Philip M. Lawrence, II | Case number (if known) |
|---|---|---|

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☐ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☐ No
☐ Yes

## Part 6: List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name Address (Number, Street, City, State and ZIP Code) | | | |

## Part 7: List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

## Part 8: List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   Philip M. Lawrence, I       Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the PaYment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Offices of Robert M. Yaspan 21700 Oxnard Street Suite 1750 Woodland Hills, CA 91367 | Retainer | July 31, 2023 | $40,000.00 |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

   1111  No
   D  Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amou·ntof payment |
|---|---|---|---|

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   1111  No
   D  Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transfefred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

   1111  No
   D  Yes. Fill in the details.

| Name of trust | Description and value of the prope_rty transferred | Date Transfer was made |
|---|---|---|

ⅬﬃﬃW   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   1111  No
   D  Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type _d account or instrument | Date account was closed, ·sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   1111  No
   D  Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    Philip M. Lawrence, II                                    Case number (if known)

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☒ Yes. Fill in the details.

| Name of Storage _Facility Address (Number, Street, City, State and ZIP COde) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have.it? |
|---|---|---|---|
| CR Creative Services 1400 Calzona Street Los Angeles, CA 90023 | Philip Lawrence | Personal property -miscellaneous household furnishings | ☐ No ☒ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the Property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

No
☐ Yes. Fill in the details.

| Name Of site Address (Number, Street, City, and ZIP Code) | Governmental unit Address (Number, Street, City, slate and ZIP Code) | Environmental law. if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Nu'mber, Street, City and ZIP.Code) | Grivernlllental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

| Ccise Title Case Number | Court or agency Name Add ress (Number, _Street, City, State and ZIP Code) | Nature of the-case | Status of the case |
|---|---|---|---|

Debtor 1    Philip M. Lawrence, II                                   Case number (if known) _____

## I@IIM Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

     D A  sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

     D  A member of a limited liability company (LLC) or limited liability partnership {LLP)

     D  A partner in a partnership

     D  An officer, director, or managing executive of a corporation

     D  An owner of at least 5% of the voting or equity securities of a corporation

D   No. None of the above applies.  Go to Part 12.

Ⅱ   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State al)d ZIP Code) | Describe the nature of the business<br><br>Name of.accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| CMNTY Culture LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| Maison De Urbana LLC<br>10877 WILSHIRE BLVD<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| PML Productions LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| 22840 Calvert Street Holdings  LLC | | EIN:<br><br>From-To |
| 6767 Sunset LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| 9639 Amigo Ave, LLC<br>10877 WILSHIRE BLVD, SUITE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| CMNTY Brands LLC | | EIN:<br><br>From-To |
| CMNTY Culture Publishing LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| Dela Zquad LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |
| Dun & Dun LLC<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024 | | EIN:<br><br>From-To |

Debtor 1    Philip M. Lawrence, II                                            Case number (if known) _ _ _ _ _ _ _ _ _ _ _    _

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Gum Street Records LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| Hollywood Campus Holdco LLC | | EIN: From-To |
| Hollywood Campus LLC 10877 WILSHIRE BLVD Los Angeles, CA 90024 | | EIN: From-To |
| Hollywood Campus QOF Holdco LLC | | EIN: From-To |
| Hollywood Campus QOF LLC | | EIN: From-To |
| Lawrence Publishing LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| Music Famamenam LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| Music Famamenam LP 9200 SUNSET BLVD STE 600 West Hollywood, CA 90069 | | EIN: From-To |
| Philmar Holdings BV | | EIN: From-To |
| Philmar Holdings NV | | EIN: From-To |
| Philmar Inc. 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| Philmar Studios Inc. 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| PL1 LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |
| PL2 LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN: From-To |

Debtor 1    Philip M. Lawrence, II                                          Case number (if known)

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| PML Entertainment Inc. 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN:  From-To |
| Poesta Creek LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN:  From-To |
| Smeeze Productions LLC 10960 WILSHIRE BOULEVARD, 5TH FLOOR Los Angeles, CA 90024 | | EIN:  From-To |
| Smeezington Investments LLC 10960 WILSHIRE BOULEVARD 5TH FLOOR Los Angeles, CA 90024 | | EIN:  From-To |
| ZZR Music LLC 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024 | | EIN:  From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Urbana Chapa Lawrence 4425 Haskell Ave Encino, CA 91316 | May 2023 |

### I@li'M Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Philip M. Lawrence, II                                          Signature of Debtor 2
Signature of Debtor 1

Date    August 2, 2023                                         Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _ _ _ . **Attach the** *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form **119**).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101 (8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form - t h e *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the f o r m - sometimes called the *Means Test-deduct* from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under§ 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

---

|   | $1, 167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

>Naming: **File Your Forms on Time**

Section 521 (a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury-either orally or in writing-in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-called a *joint* case. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12115)

# United States Bankruptcy Court
## Central District of California

In re  Philip M. Lawrence, II

Debtor(s)

Case No.

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to II U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that! am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received. | $ | 40,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   llll Debtor    D  Other (specify):

3.  The source of compensation to be paid to me is:

   llll Debtor    D  Other (specify):

4.  llllI have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   D  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 2, 2023**
*Date*

Robert M. Yaspan 051867
*Signature of Attorney*
**Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
818-905-7711  Fax: 818-501-7711**
ryaspan@yaspanlaw.com
*Name of law firm*

fil fin this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Philip M. Lawrence, II** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if-known) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |

D  Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.

   D  Not married. Fill out Column A, lines 2-11.

   D  Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   III  Married and your spouse is NOT filing with you. Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from al l sources, derived duri ng the 5 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if yoU are filing on September"15, the 6-mo11th period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the tot81 by 6. Fill in the result Do nofinclude any incoine amount more than once. For ex,1mple, if both spouses own the same rental property, put the income from that property in one column only. If you have-nothing to report for ariy line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ _____ 0.00 | $ _ _ _ _ _ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ _____ 0.00 | $ _ _ _ _ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments YOU l sted on line 3 | $ _____ o.OO | $ _____ |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ ____ 100,000.00 | | | |
| Ordinary and necessary operating expenses | -$ 1,500.00 | | | |
| Net monthly income from a business, profession, or farm | $ 98,500.00 | Copy here -> $ 98,500.00 | $ _ _ _ _ _ |

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ _ _ o.oo | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ _____ 0.00 | $ _ |

Debtor 1    **Philip M. Lawrence, II**                                    Case number (if *known*)

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|

7.  Interest, dividends, and royalties                               $   **15,000.00**   $ _____

8.  Unemployment compensation                                    $ _____ _____  $ _____ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you _____ ... ..........$ _____ 0;00

For your spouse _____ ........$ _____

9.  Pension or retirement income. Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.                $ _____ ___ $ _____

10. Income from all other sources not listed above. Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If necessary, list other
sources on a separate page and put the total below.

                                                                    $ _____ _   $ _____ _
                                                                    $ ___ =0=00  $ _____
Total amounts from separate pages, if any.              + $ _____ 0.00  $ _____

11. Calculate your total current monthly income.
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.            $ ooo o  r=IL $ _1_1_3_,  $ oo.oo ,
                                                                    $ 1 1 3

Debtor 1    **Philip M. Lawrence, II**

Case number (if *known*)

---

**Part 2:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

**Philip M. Lawrence, II**
Signature of Debtor 1

Date **August 2, 2023**
MM/DD /YYYY

---

| Attorney or Party Name, Address, Telephone & FAX Nos.' State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Robert M. Yaspan 051867**<br>**21700 Oxnard Street, Suite 1750**<br>**Woodland Hills, CA 91367**<br>**818-905-7711  Fax: 818-501-7711**<br>California State Bar Number: **051867 CA**<br>**ryaspan@yaspanlaw.com** | |

☐  *Debtor(s) appearing without an attorney*

*/ /   Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Philip M. Lawrence, II**<br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1 (a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **4** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August  2, 2023** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor)) (if applicable)

Date: **August  2, 2023** _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Philip M. Lawrence, II
4965 Calvin Ave
Tarzana, CA 91356


Robert M. Yaspan
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367


Actuaries Unlimited Inc
16030 Ventura Blvd Suite 320
Encino, CA 91436


Alan A. Greenberg
Greenberg Gross LLP
601 South Figueroa Street  30th Flr
Los Angeles, CA 90017


Alan A. Greenberg
601 S. Figueroa Street
30th Floor
Los Angeles, CA 90017


American Express
c/o Aaron Baldaro
199 S Los Robles Ave, Ste 540
Pasadena, CA 91101


Cadilac Financial
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102


California Labor & Workforce Develo
800 Capitol Mall, Suite 5000 MIC-55
Sacramento, CA 95814

Citi National Bank
PO Box 54830
Los Angeles, CA 90054


City National Bank
PO Box 60938
Encino, CA 91436


DB CREATIVITY, INC.
5013 Densmore Ave
Encino, CA 91436


DLA Piper LLP (US)
550 South Hope Street
Suite 200
Los Angeles, CA 90071-2678


Fahimeh Takesh Hallin
Harris-Ginsberg LLP
6420 Wilshire Blvd Fl 16
Los Angeles, CA 90048


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812


Global One Financial
164 61 Sherman Way #165
Van Nuys, CA 91406


Gregory A. Girvan
FEINBERG MINDEL BRANDT KLEIN
12424 Wilshire Blvd., 9th Floor
Los Angeles, CA 90025

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326


LA DWP
PO Box 30808
Los Angeles, CA 90030


Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054


Los Angeles County Tax Collector
PO Box 54110
 09005-4000


Mercedes Benz Financial Services
14372 Heritage Pkwy,
Fort Worth, TX 76177


Michael Seth LeBoff
4770 Von Karman Ave
Newport Beach, CA 92660


Rick Barlowe
16255 Ventura Blvd Ste 625
Encino, CA 91436


SoCal Gas
PO Box C
Monterey Park, CA 91756

Target Card Services
PO Box 660170
Dallas, TX 75266


Thomas St John Management
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024


Truist Bank
PO Box 791278
Baltimore, MD 21279


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


Urbana Chapa Lawrence
4425 Haskell Road
Encino, CA 91316


ZZR Musci Defined Benefit
Pension Plan
10877 WILSHIRE BLVD STE 1550
Los Angeles, CA 90024