RON BENDER (SBN 143364)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; jsk@lnbyg.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>PHILIP M. LAWRENCE, II,<br><br>Debtor. | Case No. 1:23-bk-11082-VK<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND URBANA LAWRENCE**<br><br>[Hearing To Be Scheduled] |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE**:

David K. Gottlieb, the chapter 7 trustee for the chapter 7 bankruptcy estate of Philip M. Lawrence II (the "Debtor"), and Urbana Lawrence ("Urbana") hereby enter into this Settlement Agreement subject only to the approval of the Court.

**RECITALS**

1. The Debtor filed a voluntary petition under chapter 11 of the bankruptcy code on August 3, 2023 (the "Petition Date").

2. On September 11, 2023, the United States Trustee (the "UST") filed its "*Application For Approval Of Stipulation And Stipulation To Convert Case To Chapter 7 Pursuant To 11 U.S.C. § 1112(b)*" (the "Conversion Stipulation"), and the case was converted from chapter 11 to chapter 7 pursuant to Court order on September 12, 2023.

3. Shortly thereafter, the UST appointed David K. Gottlieb to serve as the chapter 7 trustee in this case (the "Trustee").

4. Among other assets owned by the Debtor (either individually or together with Urbana) are the following three residential real properties (each individually a "Property" and collectively, the "Properties"), with the address of each property listed:

NY Property

1 West End, Avenue, Suite 38A, New York NY 10023 (the "NY Property")

Encino Property

4425 Haskell Avenue, Encino CA 91436 (the "Encino Property")

Northridge Property

9639 Amigo Avenue, Northridge CA 91324 (the "Northridge Property")

5. The Internal Revenue Service (the "IRS") has asserted a lien against each of the Properties.

6. The Trustee has entered into a stipulation with the IRS which has been approved by the Court and which, among other things, provides for a waterfall of the net sale proceeds from the sale of the NY Property that is expected to result in the total sum of $1 million being paid to the Trustee for the benefit of the Debtor's bankruptcy estate (the "Estate Portion of the NY Property Sale Proceeds") free and clear of any lien, claim or interest of the IRS.

7. The Trustee and Urbana have reached an agreement on the terms set forth herein which provides a path for the Trustee to sell each of the Properties with Urbana's full consent and cooperation, to which she is agreeing given the current circumstances.

**AGREEMENT**

A. The Trustee is already in the process of selling the NY Property. Urbana has cooperated with that sale process, and Urbana will continue to do so. Urbana's cooperation will include signing all of the documents necessary to enable the Trustee to consummate the sale of the NY Property.

B. Urbana lives in the Encino Property with her four children. Urbana hereby consents to the Trustee's employment of a real estate broker reasonably acceptable to Urbana and to that broker's listing of the Encino Property for sale. Urbana has already consented to the Trustee's employment of Steve Frankel to serve as the real estate broker. The IRS has advised the Trustee that it defers to the Trustee's decision to employ Mr. Frankel. Therefore, the Trustee will proceed to employ Steve Frankel as the real estate broker for purposes of listing and

marketing for sale the Encino Property. Urbana will cooperate with the broker with respect to marketing the Encino Property for sale, including enabling the broker to show the Encino Property to prospective buyers at mutually agreeable dates and times. Urbana will cooperate with the sale process involving the Encino Property, including signing all of the documents necessary to enable the Trustee to consummate the sale of the Encino Property, provided that any such sale enables Urbana and her children to remain in the Encino Property through June 15, 2024 unless Urbana agrees to the contrary. If Urbana is unable or unwilling to sign any such documents necessary to enable the Trustee to consummate the sale of the Encino Property, Urbana hereby irrevocably grants to the Trustee full power of attorney with full rights and powers to sign any and all such documents on Urbana's behalf.

C. Provided the Trustee has received the Estate Portion of the NY Property Sale Proceeds, Urbana and her four children will vacate the Encino Property and turn over possession of the Encino Property to the Trustee (or to a buyer at the Trustee's direction) on June 15, 2024, unless Urbana and the Trustee mutually agree upon a different date. Following the closing of the sale of the NY Property and the Trustee's receipt of the Estate Portion of the NY Property Sale Proceeds and the Court's entry of an order approving this Stipulation, the Trustee will deliver the sum of $30,000 (the "Initial Payment") to Urbana in the manner directed by Urbana in writing to provide Urbana with funds to assist her to vacate the Encino Property and relocate to an alternative location. Concurrently with Urbana's vacating the Encino Property and turning possession of the Encino Property over to the Trustee (which will include Urbana providing the Trustee with all of her keys to the Encino Property, executing a written document in which Urbana permanently and irrevocably relinquishes any and all of her occupancy, access and possessory rights to the Encino Property, and executes a power of attorney as described in paragraph B above), the Trustee will deliver to Urbana a cashier's check in the amount of

$150,000 less the amount of the Initial Payment (i.e., $120,000), which will be funded out of the Estate Portion of the NY Property Sale Proceeds. Urbana understands and agrees that other than the cumulative sum of $150,000 that she will receive from the Estate Portion of the NY Property Sale Proceeds, Urbana will not receive any other funds from the Estate Portion of the NY Property Sale Proceeds or from the sale of any of the Properties. However, Urbana is not waiving any community property rights which she may have vis-à-vis the Debtor as part of their dissolution of marriage proceeding and/or her claims that she has against the Debtor's estate.

D. Urbana hereby consents to the Trustee's employment of a real estate broker selected by the Trustee with respect to the listing, marketing and sale of the Northridge Property. Urbana will cooperate with the sale process involving the Northridge Property, including signing all of the documents necessary to enable the Trustee to consummate the sale of the Northridge Property. If requested to do so by the Trustee, Urbana will use her reasonable best efforts to assist the Trustee to effectuate the removal of the current occupant of the Northridge Property.

Agreed:

David K. Gottlieb, Chapter 7 Bankruptcy Trustee

________________________________________

Agreed:

Urbana Lawrence

________________________________________

$150,000 less the amount of the Initial Payment (i.e., $120,000), which will be funded out of the Estate Portion of the NY Property Sale Proceeds. Urbana understands and agrees that other than the cumulative sum of $150,000 that she will receive from the Estate Portion of the NY Property Sale Proceeds, Urbana will not receive any other funds from the Estate Portion of the NY Property Sale Proceeds or from the sale of any of the Properties. However, Urbana is not waiving any community property rights which she may have vis-à-vis the Debtor as part of their dissolution of marriage proceeding and/or her claims that she has against the Debtor's estate.

D. Urbana hereby consents to the Trustee's employment of a real estate broker selected by the Trustee with respect to the listing, marketing and sale of the Northridge Property. Urbana will cooperate with the sale process involving the Northridge Property, including signing all of the documents necessary to enable the Trustee to consummate the sale of the Northridge Property. If requested to do so by the Trustee, Urbana will use her reasonable best efforts to assist the Trustee to effectuate the removal of the current occupant of the Northridge Property.

Agreed:

David K. Gottlieb, Chapter 7 Bankruptcy Trustee

______________________________________

Agreed:

Urbana Lawrence

______________________________________

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND URBANA LAWRENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **Ron Bender rb@lnbyg.com**
- **Katherine Bunker kate.bunker@usdoj.gov, eryk.r.escobar@usdoj.gov**
- **David Keith Gottlieb (TR) dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com**
- **Alan A Greenberg AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com**
- **Sheryl K Ith sith@cookseylaw.com**
- **Lance N Jurich ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com**
- **Jason B Komorsky ecf@bg.law, jkomorsky@bg.law**
- **Claire-Lise Kutlay ckutlay@ggtriallaw.com, tpatton@ggtriallaw.com**
- **Jeffrey S Kwong jsk@lnbyg.com, jsk@ecf.inforuptcy.com**
- **Steven T Lowe steven@lowelaw.com**
- **Elissa Miller elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com**
- **Lorenzo Nunez CSBK@GMFINANCIAL.COM**
- **David L Oberg david@oberglawapc.com**
- **Madison B Oberg madison@oberglawapc.com**
- **Matthew D. Resnik Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com**
- **Gregory A Rougeau grougeau@brlawsf.com**
- **Wendy Thomas wendyt@ttelawgroup.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**
- **Herlinda Rebeca Vasquez rebecavasquezesq@gmail.com**
- **Robert M Yaspan court@yaspanlaw.com, tmenachian@yaspanlaw.com**

**2.** **SERVED BY UNITED STATES MAIL**: On **April 5, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 5, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or

email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 5, 2024** | Lourdes Cruz | */s/ Lourdes cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |