ROBERT M. YASPAN, SBN 051867
JOSEPH G. McCARTY, SBN 151020
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

Attorney for Debtor, Philip Lawrence, II

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>PHILIP LAWRENCE, II<br><br>             Debtor | Chapter No.: 7<br><br>Case No.: 1:23-bk-11082-VK<br><br>**LIMITED OBJECTION TO STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND URBANA LAWRENCE (WITH RESERVATION OF RIGHTS)**<br><br>[Hearing to be Scheduled] |

Chapter 7 Debtor, Philip Lawrence ("Debtor"), by his undersigned counsel, submits this limited objection (the "Limited Objection") to the Stipulation Between Chapter 7 Trustee and Urbana Lawrence (Docket No. 200) ("Stipulation"). This is with the understanding that, if a Hearing is to be scheduled (as set forth in the caption of the Stipulation), then Debtor reserves the right to supplement this limited objection.

Debtor's limited objections are as follows:

1

1. Debtor wants to confirm that he is not waiving any rights that he may have vis-à-vis Urbana Chapa Lawrence as part of their dissolution of marriage proceeding, including the characterization of any monies that are received by Urbana Chapa Lawrence pursuant to the Stipulation.

2. The Stipulation is limited to the disposition of the residential real properties as defined in the Stipulation and does not apply to the personal property that is contained in the real properties.

Dated: April 8, 2024                    LAW OFFICES OF ROBERT M. YASPAN

By /s/ R Yaspan
ROBERT M. YASPAN
[Proposed] Attorneys for Debtor-in-Possession

Honorable Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 /
Courtroom 301
Woodland Hills, CA 91367

*Request for Special Notice*
Alan A. Greenberg
Greenberg Gross LLP
601 South Figueroa Street 30th Flr
Los Angeles, CA 90017

California Labor & Workforce Develo
800 Capitol Mall, Suite 5000 MIC-55
Sacramento, CA 95814

DB CREATIVITY, INC.
5013 Densmore Ave
Encino, CA 91436

Roberta Fields Poster MA
17547 Ventura Blvd Ste 306
Encino, CA 91316

Mercedes Benz vehicle trust
c/o BK Servicing LLC
PO Box 131265
Saint Paul, MN 55113

Mercedes-Benz Vehicle Trust successor in interest
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

SoCalGas
POB 30337
Los Angeles, CA 90030

Truist Bank
Attn: Support Services
P.O. Box 85092 - 306-40-06-10
Richmond, VA 23286

ZZR Musci Defined Benefit
Pension Plan
10877 WILSHIRE BLVD STE 1550
Los Angeles, CA 90024

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

American Express
c/o Aaron Baldaro
199 S Los Robles Ave, Ste 540
Pasadena, CA 91101

Citi National Bank
Lance N. Jurich, Esq. / Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles CA 90067-4120

DLA Piper LLP (US)
550 South Hope Street
Suite 200
Los Angeles, CA 90071-2678

Global One Financial
1200 Ashwood Parkway, Ste 150
Atlanta, GA 30338

LA DWP
PO Box 30808
Los Angeles, CA 90030

Michael Seth LeBoff
4770 Von Karman Ave
Newport Beach, CA 92660

Target Card Services
PO Box 660170
Dallas, TX 75266

Tower Board of Managers
Tane Waterman & Wurtzel PC
120 Broadway, Suite 948
New York, NY 10271

David Lawrence Oberg,
Madison Brooke Oberg, S
OBERG LAW GROUP, A.P.C.
23679 Calabasas Road, Suite 541
Calabasas, California 91302

Actuaries Unlimited Inc
16030 Ventura Blvd Suite 320
Encino, CA 91436

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096

City National Bank
PO Box 60938
Encino, CA 91436

Fahimeh Takesh Hallin
Harris-Ginsberg LLP
6420 Wilshire Blvd Fl 16
Los Angeles, CA 90048

Gregory A. Girvan
FEINBERG MINDEL BRANDT KLEIN
12424 Wilshire Blvd.,9th Floor
Los Angeles, CA 90025

Dragonette Limited
73710 El Paseo
Palm Desert, CA 92260

Rick Barlowe
16255 Ventura Blvd Ste 625
Encino, CA 91436

Thomas St John Management
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

Urbana Chapa Lawrence
4425 Haskell Road
Encino, CA 91316

4965 Tarzana LLC
3942 FREDONIA DRIVE
Los Angeles, CA 90068

| | | |
|---|---|---|
| AE Audio Video Sales & Design<br>6859 Valjean Ave Unit 6<br>Van Nuys, CA 91406 | Ashley N. Everett<br>9639 Amigo Ave<br>Northridge, CA 91324 | Law Office of John P. Bradbury PLLC<br>Five Penn Plaza, 23rd Floor<br>New York, New York 10001 |
| Jason B. Komorsky<br>BG Law<br>21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 |
| United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| California Department of Tax and Fee Administration<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Los Angeles County Tax Collector<br>P. O. Box 54110<br>Los Angeles, CA 90054 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| PATRIZIO MOI<br>3600 WILSHIRE BLVD STE 1014, LOS ANGELES CA 90010-2614 | | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367.

A true and correct copy of the foregoing document entitled: LIMITED OBJECTION TO STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND URBANA LAWRENCE (WITH RESERVATION OF RIGHTS) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. April 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Ron Bender**    rb@lnbyg.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Alan A Greenberg**    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- **Sheryl K Ith**    sith@cookseylaw.com
- **Lance N Jurich**    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Jason B Komorsky**    ecf@bg.law, jkomorsky@bg.law
- **Claire-Lise Kutlay**    ckutlay@ggtriallaw.com, tpatton@ggtriallaw.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Steven T Lowe**    steven@lowelaw.com
- **Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Steven A Morris**    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- **Lorenzo Nunez**    CSBK@GMFINANCIAL.COM
- **David L Oberg**    david@oberglawapc.com
- **Madison B Oberg**    madison@oberglawapc.com
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gregory A Rougeau**    grougeau@brlawsf.com
- **Wendy Thomas**    wendyt@ttelawgroup.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Herlinda Rebeca Vasquez**    rebecavasquezesq@gmail.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**:
On April 8, 2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please see attached service list.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2024 | Tatyana Menachian | _/s/_ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE