David K. Gottlieb
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Tel: 818-539-7720
Fax: 818-436-0729
Email: dkgtrustee@dkgallc.com

*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Philip M. Lawrence II,<br><br>     Debtor. | Case No.: 1:23-bk-11082-VK<br><br>Chapter 7 Case<br><br>CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY BERKELEY RESEARCH GROUP LLC AS ACCOUNTANTS; DECLARATION OF KATHLEEN E. KOPPENHOEFER IN SUPPORT THEREOF<br><br>[No hearing required] |

TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRTUPCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, AND OTHER INTERESTED PARTIES AND/OR COUNSEL OF RECORD:

  David K. Gottlieb, the duly appointed Chapter 7 Trustee ("Trustee" or "Applicant") of the bankruptcy estate (the "Estate") of Philip M. Lawrence, II (the "Debtor"), hereby seeks authority to employ Berkeley Research Group, LLC ("BRG") as his accountants, (a) the employment being effective as of the date of the order signed by the court approving BRG's employment and (b) that BRG may request compensation for fees arising from the reasonable, necessary, and beneficial services that were provided to the bankruptcy estate prior to the Court's

approval of BG's employment, and in support of his application (the "Application"), respectfully represents as follows:

1. This bankruptcy case was commenced by the Debtor's filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on August 3, 2023 (the "Petition Date").

2. The Trustee seeks to retain BRG as his accountants on the terms and conditions as set forth in the Application. The professional services that BRG will render to the Trustee may include, but are not limited to the following:

    a. To complete tax work and other financial analyses that is required by the Trustee to properly administer the Estate and conclude the case;

    b. To assist the Trustee in preparing the necessary income tax returns for the Estate;

    c. To communicate with taxing authorities on behalf of the Estate; and

    d. Other accounting services as required by the Trustee.

3. The Trustee is informed and believes BRG's professionals have on many occasions performed similar services to the ones required in this case for numerous receivers, trustees, examiners and creditors' committees in other non-related cases under receivership, bankruptcy and other insolvency proceedings in the State of California and elsewhere. In addition, BRG's professionals have experience working on cases with similar fact scenarios in which they were presented with issues and performed analyses similar to the work at hand in this case. Therefore, the Trustee believes that BRG is well qualified to assist him with regard to the above-referenced matters. The employment of BRG as accountants for the Trustee would be economical and in the best interest of the Estate and its creditors and will greatly assist the Trustee in carrying out his duties in an efficient and effective matter.

4. The resumes of the professionals anticipated to have primary responsibility for this Estate are attached as **Exhibit "A"** to the Declaration of Kathleen E. Koppenhoefer.

5. Based on the Attached Declaration of Kathleen E. Koppenhoefer, the Applicant understands that BRG is disinterested with respect to the Debtor, creditors of the Estate, or any other party in interest, as that term is defined in 11 U.S.C. § 101(14).

6. BRG has no connection or relationship with any Bankruptcy Judge. Also, except with respect to certain other bankruptcy engagements where a BRG consultant acts as a trustee of a debtor, or engagements where BRG provides consulting services to a trustee of a debtor, BRG has no connection or relationship with the Office of the United States Trustee or any person employed in the Office of the United States Trustee.

7. BRG has not received, and shall not receive, a retainer from the Trustee for its services. BRG has no agreement to share any compensation to be awarded in this case with any other person. The Trustee shall review and make final adjustments of all compensation and expenses requested by BRG before this court and as permitted under 11 U.S.C. §§ 330 and 331.

8. The Trustee is informed and believes that BRG's hourly rates are comparable to other firms in the Central District of California area offering comparable services. Expert's standard hourly billing rate is $930. BRG has agreed to a rate concession of approximately 17% for Expert's hourly fees on this Matter resulting in a rate of $772 per hour. BRG adjusts its billing rates annually based on the normal increases BRG charges all of its clients. The normal hourly rates currently in effect for BRG personnel who are likely to work on this matter are reflected on **Exhibit "B"** attached to the Declaration of Kathleen E. Koppenhoefer.

9. Various levels of professionals and paraprofessionals will be utilized to ensure that billing rates are in line with the level of responsibility and specialization of tasks.

10. Due to the nature of the services to be performed and the qualifications of BRG, the Trustee believes that it is appropriate and in the best interest of the Estate that the Court approve BRG's employment.

11. Notice of this Application and an opportunity to request a hearing has been given to the creditors of this Estate.

WHEREFORE, the Trustee prays for an order authorizing him to retain the firm of Berkeley Research Group, LLC as his accountants with respect to the matters referred to within

this Application, upon the terms and conditions set forth therein, effective as of the date of the order signed by the court approving BRG's employment, with compensation to be paid in such amounts as this Court may hereafter determine.

Dated: 2/77/25

Respectfully submitted,

_____
David K. Gottlieb
Chapter 7 Trustee

## **DECLARATION OF KATHLEEN E. KOPPENHOEFER**

I, Kathleen E. Koppenhoefer, declare:

1. I am a Vice President and Deputy General Counsel of Berkeley Research Group, LLC ("BRG"). I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to these facts, except where matters are stated on information and belief, and as to these facts, I am informed and believe that they are true.

2. BRG is a Delaware limited liability company. BRG provides expert services, including economic and financial analyses, expert testimony, litigation support, and strategic management consulting to a range of public and private enterprises. It delivers independent expert testimony, original authoritative studies and strategic advice to legislative, judicial, regulatory and business decision makers. BRG's other service offerings include factual and statistical analyses, and report preparation and presentation. The Firm employs more than 1,300 persons in 40 offices across the world, and has been engaged by thousands of clients, including many Fortune 500 companies.

3. In connection with the proposed retention of BRG as accountants for the Chapter 7 Trustee, David K. Gottlieb ("Trustee"), in the case of Philip M. Lawrence II (the "Debtor"), BRG has been provided a list of the Debtor's creditors and other persons identified as parties in interest in the Debtor's bankruptcy case. At my direction, employees of BRG have processed the Debtor's name, and the names of the creditors and other parties through BRG's computerized conflict check system and reviewed the results of that processing.

4. Based on the process referred to in paragraph 3 above, to the best of my knowledge, information and belief, I am informed and believe that:

   a. BRG had no previous contact or ties with the Debtor;

   b. BRG does not provide services to any party on the Conflicts Search List, with the following exceptions: 1) BRG has been retained by the Trustee in other unrelated bankruptcy cases in which he is the Trustee; and 2) the following creditors in this case are clients of BRG in other matters unrelated to this bankruptcy case: Bank of America, Capital One Bank and Citibank. I

5

do not believe that any of these relationships will in any way impair BRG's independence or ability to perform the required services for the Trustee;

    c.    BRG is not a creditor, an equity security holder, or an insider of the Debtor;

    d.    BRG is not and was not an investment banker for any outstanding security of the Debtor;

    e.    BRG was not, within three years before the Petition Date, an investment banker for a security of the Debtor, or an accountant or consultant to such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

    f.    BRG is not and was not, within two years before the Petition Date, a director, officer, or employee of the Debtor or of an investment banker of the Debtor;

    g.    BRG does not have an interest materially adverse to the interest of the Debtor or of any class of creditors or equity security holders by reason of any direct or indirect relationship with, connection with, or interest in, the Debtor or any investment banker, or for any other reason;

    h.    Except with respect to certain other bankruptcy engagements where an BRG consultant acts as a trustee of a debtor or as a consultant to a trustee of a debtor, BRG has no connection with the United States Trustee or persons employed in the Office of the United States Trustee; and

    i.    BRG was not owed any sums by the Debtor for services rendered and costs advanced on behalf of the Debtor prior to the Petition Date.

    5.    Because of the size of BRG's business, it is likely that BRG has provided, is presently providing, and may in the future provide, consulting services to those parties listed on the Conflicts Search List, or other creditors or parties-in-interest in the Debtor's bankruptcy case unrelated to any matter involving this bankruptcy case. However, to the best of my knowledge, none of those prior and current engagements or other dealings makes BRG an interested person under the bankruptcy laws. If BRG subsequently identifies a creditor or other party-in-interest

of the Debtor's bankruptcy Estate that BRG has or is providing consulting services to in connection with this bankruptcy matter, such information will be promptly disclosed in writing to the Court and to the Office of the United States Trustee.

6. BRG serves as accountants, financial advisors and advisors in other unrelated bankruptcy cases in which the Trustee is or may be involved. Such connections do not give BRG an adverse interest to the Debtor and do not affect BRG's "disinterestedness" as required by section 327 of the Bankruptcy Code.

7. BRG is currently employed in unrelated cases, including bankruptcy cases, as expert witnesses and/or consultants for which other counsel associated with this case may be involved. I believe that such connections do not give BRG an adverse interest to the Debtor and do not affect BRG's "disinterestedness" as required by Bankruptcy Code section 327.

8. Resumes of the BRG professionals expected to have primary responsibility for this case are attached as **Exhibit "A"**.

9. The hourly rates of BRG professionals likely to work on this case are set forth in detail on **Exhibit "B"** attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 26, 2025 at 70 W. Madison, Suite 5000, Chicago, IL 60602.

_/s/ KE Kow_

Kathleen E. Koppenhoefer, Esq.
Vice President and Deputy General Counsel
Berkeley Research Group, LLC

# EXHIBIT A

Case 1:23-bk-11082-VK    Doc 352    Filed 03/07/25    Entered 03/07/25 12:34:15    Desc
Main Document    Page 8 of 20

Curriculum Vitae 

**VERNON L. CALDER**
**MANAGING DIRECTOR**

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0053
Fax: 801.335.9926
vcalder@thinkbrg.com

## Summary

Vernon L. Calder, a Managing Director with Berkeley Research Group ("BRG"), has over 40 years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For the last 32 years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG, Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, receivership taxation, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

# Curriculum Vitae



## Case Examples

- Woodbridge Group of Companies, et. al. – Responsible for tax compliance and consulting for nearly 500 entites involved in a Ponzi-type scheme.

- Direct Lending Investments, et. al. – Responsible for tax compliance and consulting for entities in Receivership.

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax

# Curriculum Vitae



compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

## Expert Witness Testimony

- David Gentile v. GPB Capital Holdings, LLC (State of Delaware Court of Chancery)
- R. Scott Reynolds vs. Jeffrey G. Bickel and Tanner LC (Third Judicial District Court of Salt Lake County State of Utah)
- Securities and Exchange Commission v. John Scott Clark; Impact Cash, LLC and Impact Payment Systems, LLC (United States District Court for the District of Utah)
- Cheryl M. Becker case (California Superior Court)

## Other Testimony

- Various Chapter 11 and Chapter 7 Bankruptcy Estates (U.S. Bankruptcy Court, Central District of California, District of Utah)

## Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing

- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

## Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

## Professional Memberships

Association of Certified Fraud Examiners
Association of Insolvency and Restructuring Advisors
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants

# Curriculum Vitae



## Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.



Curriculum Vitae

# LEIF M. LARSEN
## ASSOCIATE DIRECTOR

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.0080
Fax: 801.335.9926
llarsen@thinkbrg.com

## SUMMARY

Leif M. Larsen, an Associate Director with Berkeley Research Group, LLC has over 25 years' experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as a Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

Mr. Larsen has provided a wide variety of tax services throughout his career. His efforts have focused on special tax issues in corporate, partnership, and individual bankruptcy; formation of and tax compliance for liquidating trusts and representation of taxpayers before federal and state taxing authorities.

A few of the cases in which Mr. Larsen has been involved include:

- Ezri Namvar Bankruptcy Estate. – Accountants to the Trustee. Prepared original and amended individual, corporate, partnership and estate income tax returns for the estate and related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having hundreds of beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.

## Curriculum Vitae



- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax returns.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee. Prepared consolidated corporate tax returns which included assets of over one billion dollars.

## LICENSES & CERTIFICATIONS

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors
Certified in Financial Forensics – American Institute of Certified Public Accountants

## EDUCATION

Bachelor of Science in Accounting, University of Utah

## PROFESSIONAL MEMBERSHIPS

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors



# Curriculum Vitae

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Associate Director (2018 – present)<br>Senior Managing Consultant (2011 – 2017) |
| 2005 – 2011 | **LECG, LLC**<br>Senior Managing Consultant (2011 – 2011)<br>Managing Consultant (2007 – 2010)<br>Consultant (2005 - 2006) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Experienced Senior (2002 - 2005)<br>Senior (2000 – 2001) |
| 1996 – 2001 | **Interwest Business Group, Inc.**<br>Manager (1999 - 2001)<br>Staff Accountant (1996 – 1998) |

**Curriculum Vitae** 

# KELLEE CALDER
## Executive Assistant

BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Direct: 801.321.6637
Fax: 801.335.9926

## SUMMARY

Kellee Calder is a member of Berkeley Research Group, LLC ("BRG") in the Salt Lake City office, with over seven years experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Kellee's responsibilities include the assembly and submission of tax returns. Other responsibilities include support duties assisting professionals.

## CASE EXAMPLES
Cases in which Kellee has been involved include:

• Woodbridge — Accountants to the CRO
• Namvar — Accountants to the Trustee

# EXHIBIT B



## EXHIBIT B

| | Standard Rates | Rate Concessions | Approximate Rates after Rate Concession |
|---|---|---|---|
| Managing Director / Director | $ 795 to $ 930 /hr | 17% | $ 660 to $ 772 /hr |
| Professional Staff | $ 235 to $ 715 /hr | 17% | $ 195 to $ 593 /hr |
| Paraprofessional | $ 180 to $ 210 /hr | 17% | $ 149 to $ 174 /hr |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled (*specify*):  Chapter 7 Trustee's Application to Employ Berkeley Research Group LLC as Accountants; Declaration of Kathleen E. Koppenhoefer in Support  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  March 7, 2025  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:  On  March 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2025 | Renee Johnson | /s/ Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ron Bender    rb@lnbyg.com
- Katherine Bunker    kate.bunker@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Alan A Greenberg    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Sheryl K Ith    sith@cookseylaw.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Claire-Lise Kutlay    ckutlay@ggtriallaw.com, klee@ggtriallaw.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Steven Todd Lowe    steven@lowelaw.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Steven A Morris    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- Lorenzo Nunez    CSBK@GMFINANCIAL.COM
- David L Oberg    david@oberglawapc.com
- Madison B Oberg    madison@oberglawapc.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com
- Gregory A Rougeau    grougeau@brlawsf.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Wendy Thomas    wendyt@ttelawgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Herlinda Rebeca Vasquez    rebecavasquezesq@gmail.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

2. **SERVED BY U.S. MAIL**

The Honorable Victoria Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367


Philip M. Lawrence, II
4965 Calvin Ave
Tarzana, CA 91356

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**