| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JEFFREY S. KWONG (SBN 288239)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email:  rb@lnbyg.com; jsk@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* David K. Gottlieb, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PHILIP M. LAWRENCE, II,<br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-11082-VK<br><br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** Varies by item | **Time:** Varies by item |
|---|---|
| **Location:** The Real Real's ("TRR") online platform | |

**Type of Sale**:  ☒ Public   ☐ Private    **Last date to file objections**: 10/08/2025

**Description of property to be sold**:
Various apparel assets consisting of, among other things, clothing, shoes, hats, and other accessories (the "Apparel Assets").

**Terms and conditions of sale**:
TRR, as proposed consignment agent to the Estate, will sell the Apparel Assets on consignment pursuant to the terms set forth in the "Consignment Agreement" (attached as Exhibit "C" to the motion filed as docket #379).

**Proposed sale price**: ___Varies by item_____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

October 22, 2025 at 1:30 p.m.
Courtroom 301, 21041 Burbank Boulevard, Woodland Hills, CA 91367

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: JSK@LNBYG.COM

Date: 09/25/2025

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document **Notice Of Sale Of Estate Property**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ron Bender    rb@lnbyg.com
- Debra Brand    dbrand@yaspanlaw.com
- Debra Brand    brandlawcorp@gmail.com
- Katherine Bunker    kate.bunker@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Alan A Greenberg    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Sheryl K Ith    sith@cookseylaw.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Steven Todd Lowe    steven@lowelaw.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Steven A Morris    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- Lorenzo Nunez    CSBK@GMFINANCIAL.COM
- David L Oberg    david@oberglawapc.com
- Madison B Oberg    madison@oberglawapc.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Gregory A Rougeau    grougeau@brlawsf.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Wendy Thomas    wendyt@ttelawgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Herlinda Rebeca Vasquez    rebecavasquezesq@gmail.com
- Robert M Yaspan - SUSPENDED BK -    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **September 25, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

Gregory A. Rougeau
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
**RSN**

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
**RSN**

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 25, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
Najah.Shariff@usdoj.gov (Counsel for IRS)
Matthew.Heyn@doj.ca.gov (Counsel for FTB)
stephanie.gordon@therealreal.com (The Real Real)
brandlawcorp@gmail.com (Counsel for Debtor)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 25, 2025 | Vanina Ivanova | /s/ Vanina Ivanova |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**