RON BENDER (SBN 143364)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; jsk@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | ) Case No. 1:23-bk-11082-VK |
| | ) |
| PHILIP M. LAWRENCE, II, | ) Chapter 7 |
| | ) |
| Debtor. | ) **DECLARATION OF SERVICE** |
| | ) |
| | ) |
| | ) |

1

I declare that I am over the age of 18 and not a party to this action. I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

I make this declaration regarding service of:

- **MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF THE REAL REAL AS CONSIGNMENT AGENT; (2) AUTHORIZING SALES OF APPAREL ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND INTERESTS; AND (3) APPROVINGABANDONMENT OF OTHER ASSETS AND UNSOLD ASSETS; DECLARATIONS IN SUPPORT THEREOF [DOCKET #379]**
- **NOTICE OF MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF THE REAL REAL AS CONSIGNMENT AGENT; (2) AUTHORIZING SALES OF APPAREL ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND INTERESTS; AND (3) APPROVING ABANDONMENT OF OTHER ASSETS AND UNSOLD ASSETS [DOCKET #380]**
- **NOTICE OF SALE OF ESTATE PROPERTY [DOCKET #381]**
- **SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO [DOCKET #382]**

I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

On September 26, 2025, I caused the above-referenced documents to be sent to the Court as indicated on the attached "Exhibit 1" via personal delivery.

Executed this 26th day of September 2025 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        */s/ D. Woo*
        D. Woo

# EXHIBIT "1"

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Las Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DECLARATION OF SERVICE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Debra Brand    brandlawcorp@gmail.com
- Katherine Bunker    kate.bunker@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Alan A Greenberg    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- Sheryl K Ith    sith@cookseylaw.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Steven Todd Lowe    steven@lowelaw.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Steven A Morris    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- Lorenzo Nunez    CSBK@GMFINANCIAL.COM
- David L Oberg    david@oberglawapc.com
- Madison B Oberg    madison@oberglawapc.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Gregory A Rougeau    grougeau@brlawsf.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Wendy Thomas    wendyt@ttelawgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Herlinda Rebeca Vasquez    rebecavasquezesq@gmail.com
- Robert M Yaspan - SUSPENDED BK -    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2.  SERVED BY UNITED STATES MAIL**: On **September 26, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 26, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |