| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>JEFFREY S. KWONG (SBN 288239)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email:  rb@lnbyg.com; jsk@lnbyg.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:*  David Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PHILIP M. LAWRENCE, II,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-11082-VK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>TRUSTEE'S SECOND MOTION FOR ORDER EXTENDING TIME TO FILE AVOIDANCE ACTIONS UNDER 11 U.S.C. § 546<br><br>**(*Specify name of Motion*)** |
| | DATE: 10/22/2025<br>TIME:  1:30 pm<br>COURTROOM: 301<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA |

1. TO (*specify name*): __All Parties In Interest_____

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 1   **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 10/01/2025

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Printed name of law firm

/s/ Jeffrey S. Kwong
Signature

Jeffrey S. Kwong
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document **Notice Of Motion For:Trustee's Second Motion For Order Extending Time To File Avoidance Actions Under 11 U.S.C. § 546** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 1, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ron Bender    rb@lnbyg.com
- Debra Brand    brandlawcorp@gmail.com
- Katherine Bunker    kate.bunker@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Alan A Greenberg    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Sheryl K Ith    sith@cookseylaw.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Steven Todd Lowe    steven@lowelaw.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Steven A Morris    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- Lorenzo Nunez    CSBK@GMFINANCIAL.COM
- David L Oberg    david@oberglawapc.com
- Madison B Oberg    madison@oberglawapc.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Gregory A Rougeau    grougeau@brlawsf.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Wendy Thomas    wendyt@ttelawgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Herlinda Rebeca Vasquez    rebecavasquezesq@gmail.com
- Robert M Yaspan - SUSPENDED BK -    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- 

**2. SERVED BY UNITED STATES MAIL**: On **October 1, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Gregory A. Rougeau
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
*RSN*

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
*RSN*

☒Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 1, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2025 | Vanina Ivanova | /s/ Vanina Ivanova |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing            BG Law LLP                                   Levene, Neale, Bender, Yoo & Golubchik LLP
0973-1                                     21650 Oxnard Street, Suite 500               2818 La Cienega Avenue
Case 1:23-bk-11082-VK                      Woodland Hills, CA 91367-4911                Los Angeles, CA 90034-2618
Central District of California
San Fernando Valley
Wed Oct  1 13:41:48 PDT 2025

San Fernando Valley Division               4965 Tarzana LLC                             ACAR Leasing LTD d/b/a GM Financial Leasing
21041 Burbank Blvd,                        3942 FREDONIA DRIVE                          P.O. Box 183853
Woodland Hills, CA 91367-6606              Los Angeles, CA 90068-1214                   Arlington, TX 76096-3853


AE Audio Video Sales & Design              Actuaries Unlimited Inc                      Alan A. Greenberg
6859 Valjean Ave Unit 6                    16030 Ventura Blvd Suite 320                 601 S. Figueroa Street
Van Nuys, CA 91406-4714                    Encino, CA 91436-2769                        30th Floor
                                                                                        Los Angeles, CA 90017-5704


Alan A. Greenberg                          American Express                             American Express National Bank
Greenberg Gross LLP                        c/o Aaron Baldaro                            c/o Becket and Lee LLP
601 South Figueroa Street  30th Flr        199 S Los Robles Ave, Ste 540                PO Box 3001
Los Angeles, CA 90017-5704                 Pasadena, CA 91101-4680                      Malvern  PA 19355-0701


Ashley N. Everett                          Bankruptcy Estate of Philip M. Lawrence, II  Beyond Vegan LLC
9639 Amigo Ave                             David K. Gottlieb, Chapter 7 Trustee for     10736 Jefferson Blvd #1040
Northridge, CA 91324-1904                  21650 Oxnard Street, Suite 500               Culver City, CA 90230-4933
                                           Woodland Hills, CA 91367-4911


CR Creative Services                       CR Creative Services, LP                     Cadilac Financial
1400 Calzona St                            1400 CALZONA ST                              801 Cherry Street, Ste. 3500
Los Angeles, CA 90023-3213                 Los Angeles, CA 90023-3213                   Fort Worth, TX 76102-6854


California Labor & Workforce Develo        Citi National Bank                           Citibank, N.A.
800 Capitol Mall, Suite 5000 MIC-55        PO Box 54830                                 5800 S Corporate Pl
Sacramento, CA 95814-4807                  Los Angeles, CA 90054-0830                   Sioux Falls, SD  57108-5027


City National Bank                         City National Bank                           City National Bank
555 South Flower Street, 16th Floor        PO Box 60938                                 POB 54830
Los Angeles, CA 90071-2300                 Encino, CA 91436                             Los Angeles, CA 90054-0830


DB CREATIVITY, INC.                        DLA Piper LLP (US)                           Davidovich Stein Law LLP
5013 Densmore Ave                          550 South Hope Street                        6442 Coldwater Canyon Ave #209
Encino, CA 91436-1518                      Suite 200                                    North Hollywood, CA 91606-1167
                                           Los Angeles, CA 90071-2618


Dragonette Limited                         Dun & Dun LLC                                Erica Everett
73710 El Paseo                             10877 WILSHIRE BLVD                          16060 Ventura Blvd #173
Palm Desert, CA 92260-4391                 STE 1550                                     Encino, CA 91436-2761
                                           Los Angeles, CA 90024-4351
```

| | | |
|---|---|---|
| Erika Everett<br>9639 Amigo Ave<br>Northridge, CA 91324-1904 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fahimeh Takesh Hallin<br>Harris-Ginsberg LLP<br>6420 Wilshire Blvd Fl 16<br>Los Angeles, CA 90048-5534 |
| Global One Financial<br>1200 Ashwood Parkway<br>Suite 150<br>Atlanta, GA 30338-4725 | Global One Financial<br>16461 Sherman Way #165<br>Van Nuys, CA 91406-3817 | Greenberg Gross LLP<br>Alan A. Greenberg<br>601 S. Figueroa St., 30th Flr<br>Los Angeles, CA 90017-5704 |
| Gregory A. Girvan<br>FEINBERG MINDEL BRANDT KLEIN<br>12424 Wilshire Blvd.,9th Floor<br>Los Angeles, CA 90025-1052 | Ilan Motevasel<br>18607 Kipon Place<br>Tarzana, CA 91356-5312 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jason B. Komorsky<br>BG Law<br>21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367-4911 | Jill Fritzo Public Relations Incorporate<br>235 East 49th Street, #7E<br>New York, NY 10017-1557 | John Bradbury<br>Law Office of John P. Bradbury PLLC<br>Five Penn Plaza, 23rd Floor<br>New York, NY 10001-1810 |
| LA DWP<br>PO Box 30808<br>Los Angeles, CA 90030-0808 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Law Office of John P. Bradbury PLLC<br>Five Penn Plaza, 23rd Floor<br>New York, New York 10001-1810 |
| Los Angeles County Tax Collector<br>PO Box 54110<br>09005-4000 | Los Encinos School<br>c/o Jeffrey W Dulberg Esq<br>c/o Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd 13th Fl<br>Los Angeles CA 90067-4003 | Lowe & Associates<br>8383 Wilshire Blvd, Suite 1038<br>Beverly Hills Ca 90211-2440 |
| Mercedes Benz Financial Services<br>14372 Heritage Pkwy,<br>Fort Worth, TX 76177-3300 | (p)BK SERVICING  LLC<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 | Michael Diskint<br>c/o Gregory A. Rougeau<br>Brunetti Rougeau, LLP<br>235 Montgomery St., Ste. 830<br>San Francisco, CA 94104-2913 |
| Michael R. Shapiro<br>c/o Alan A. Greenberg<br>Greenberg Gross LLP<br>601 S Figueroa, 30th Floor<br>Los Angeles, CA 90017-5704 | Michael Seth LeBoff<br>4770 Von Karman Ave<br>Newport Beach, CA 92660-2123 | Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017-3560 |
| Patrizio Moi<br>36000 Wilshire Bl #1014<br>Los Angeles, CA 90010 | Philmar Studios Inc.<br>1:24-bk-10377-VK<br>c/o Chapter 7 Trustee Amy L. Goldman<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071-2074 | Rick Barlowe<br>16255 Ventura Blvd Ste 625<br>Encino, CA 91436-2307 |
| Roberta Fields Poster MA<br>17547 Ventura Blvd Ste 306<br>Encino, CA 91316-3856 | Sklar Kirsh, LLP<br>1880 Century Park East, Suite 300<br>Los Angeles, CA 90067-1631 | SoCal Gas<br>PO Box C<br>Monterey Park, CA 91754-0932 |

| | | |
|---|---|---|
| SoCalGas<br>POB 30337<br>Los Angeles, CA 90030-0337 | Target Card Services<br>PO Box 660170<br>Dallas, TX 75266-0170 | Thomas St John Management<br>10877 Wilshire Blvd Suite 1550<br>Los Angeles, CA 90024-4351 |
| Tower Board of Managers<br>C/O Cozen O'Connor<br>Attn: Frederick E. Schmidt, Jr.<br>3 WTC, 175 Greenwich St., 55th Flr<br>New York, NY 10007 | Tower Board of Managers<br>Tane Waterman & Wurtzel PC<br>120 Broadway, Suite 948<br>New York, NY 10271-0996 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Truist Bank<br>PO Box 791278<br>Baltimore, MD 21279-1278 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Urbana Chapa Lawrence<br>4425 Haskell Road<br>Encino, CA 91436-3110 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 | ZZR Musci Defined Benefit<br>Pension Plan<br>10877 WILSHIRE BLVD STE 1550<br>Los Angeles, CA 90024-4351 |
| David K. Gottlieb<br>21650 W. Oxnard St., Suite 500<br>Woodland Hills, CA 91367-4911 | (p)DAVID KEITH GOTTLIEB  TR<br>ATTN D GOTTLIEB & ASSOCIATES LLC<br>21650 OXNARD STREET SUITE 500<br>WOODLAND HILLS CA 91367-4911 | Jeffrey S Kwong<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 |
| Matthew Resnik<br>RHM LAW LLP<br>17609 Ventura Blvd. Suite 314<br>Encino, CA 91316-5132 | Philip M. Lawrence II<br>4965 Calvin Ave<br>Tarzana, CA 91356-4430 | Robert M Yaspan - SUSPENDED BK -<br>Law Offices of Robert M Yaspan<br>21700 Oxnard St Ste 1750<br>Woodland Hills, CA 91367-7593 |
| Robert M. Law Offices of Robert M. Yaspan<br>21700 Oxnard Street Suite 1750<br>Woodland Hills, CA 91367-7593 | Steven Todd Lowe<br>Lowe & Associates, P.C<br>8383 Wilshire Boulevard<br>Suite 1038<br>Beverly Hills, CA 90211-2440 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>ATTN: BANKRUPTCY UNIT<br>PO BOX: 54110<br>LOS ANGELES, CA 90054-0110 | (d)Los Angeles County Tax Collector<br>P. O. Box 54110<br>Los Angeles, CA 90054 |
| Mercedes Benz vehicle trust<br>c/o BK Servcing LLC<br>PO Box 131265<br>Saint Paul, MN 55113 | (d)Mercedes-Benz Vehicle Trust successor in i<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 |

David Keith Gottlieb (TR)
21650 W. Oxnard St. #500
Woodland Hills, CA 91367

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)ACAR Leasing LTD d/b/a GM Financial Leasin    (u)BG Law LLP    (u)Berkeley Research Group

(u)COLDWELL BANKER    (u)City National Bank    (u)Coldwell Banker Warburg

(u)Courtesy NEF    (u)Engstrom, Lipscomb & Lack
Unknown    (u)Glassratner Advisory & Capital Group LLC

(u)Global One Financial    (u)Law Office of John P. Bradbury PLLC    (u)Moi Productions, Inc., a Delaware corporat

(u)Pinnacle Estate Properties Inc.    (u)The Record Plant, Inc., a Delaware corpora    (d)Dragonette Ltd
73710 El Paseo
Palm Desert, CA 92260-4391

(d)Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

(d)Michael Diskint
c/o Gregory A. Rougeau
BRUNETTI ROUGEAU LLP
235 Montgomery St., Ste. 830
San Francisco, CA 94104-2913

(u)Michael Shapiro

(u)Patrizio Moi    (d)Urbana Chapa Lawrence
4425 Haskell Road
Encino, CA 91436-3110

End of Label Matrix
Mailable recipients    79
Bypassed recipients    20
Total    99