RON BENDER (SBN 143364)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbyg.com; jsk@lnbyg.com

Attorneys for David K. Gottlieb
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>PHILIP M. LAWRENCE, II,<br><br>Debtor. | Case No. 1:23-bk-11082-VK<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON: MOTION FOR ORDER: (1) AUTHORIZING EMPLOYMENT OF THE REAL REAL AS CONSIGNMENT AGENT; (2) AUTHORIZING SALES OF APPAREL ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND INTERESTS; AND (3) APPROVING ABANDONMENT OF OTHER ASSETS AND UNSOLD ASSETS**<br><br>Current Hearing:<br>Date:  October 22, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 301<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367<br><br>Continued Hearing:<br>Date:  November 5, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 301<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE:**

David K. Gottlieb, the chapter 7 trustee (the "Trustee") for the chapter 7 bankruptcy estate ("Estate") of Philip M. Lawrence, II (the "Debtor"), on the one hand, and the Office of the United States Trustee (the "OUST," and together with the Trustee, the "Parties"), on the other hand, hereby stipulate as follows:

**RECITALS**

1.  **WHEREAS**, on September 25, 2025, the Trustee filed the "*Motion For Order: (1) Authorizing Employment Of The Real Real As Consignment Agent; (2) Authorizing Sales Of Apparel Assets Free And Clear Of Claims, Liens And Interests; And (3) Approving Abandonment Of Other Assets And Unsold Assets*" [Doc. No. 379] (the "Motion").

2.  **WHEREAS**, the Parties have conferred, and agreed to continue the hearing on the Motion from October 22, 2025 at 1:30 p.m. to November 5 at 1:30 p.m., to allow more time for the Parties to discuss, and try to resolve any issues related to the Motion.

**STIPULATION**

Based on the foregoing, the Parties hereto hereby stipulate that:

1.  Each of the foregoing recitals are incorporated by reference herein.

2.  The hearing on the Motion shall be continued from October 22, 2025 at 1:30 p.m. to November 5 at 1:30 p.m.

3.  The deadline for the OUST to file an opposition to the Motion (the "Opposition") will be extended to October 22, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. The Trustee may file a reply to the Opposition on or before October 29, 2025.

DATED: OCTOBER 1, 2025

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

/s/ Jeffrey S. Kwong

Jeffrey S. Kwong
Counsel for Chapter 7 Trustee

DATED: OCTOBER 1, 2025

OFFICE OF THE UNITED STATES TRUSTEE

/s/ Kenneth M. Misken

Kenneth M. Misken
Assistant United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document **Stipulation To Continue Hearing On: Motion For Order: (1) Authorizing Employment Of The Real Real As Consignment Agent; (2) Authorizing Sales Of Apparel Assets Free And Clear Of Claims, Liens And Interests; And (3) Approving Abandonment Of Other Assets And Unsold Assets** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 1, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ron Bender    rb@lnbyg.com
- Debra Brand    brandlawcorp@gmail.com
- Katherine Bunker    kate.bunker@usdoj.gov
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Alan A Greenberg    AGreenberg@GGTrialLaw.com, LRodriguez@GGTrialLaw.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Sheryl K Ith    sith@cookseylaw.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jason B Komorsky    ecf@bg.law, jkomorsky@bg.law
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Steven Todd Lowe    steven@lowelaw.com
- Elissa Miller    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Steven A Morris    morris@quantumlawgroup.com, gsuchniak@quantumlawgroup.com,mbigaud@quantumlawgroup.com,deer@quantumlawgroup.com
- Lorenzo Nunez    CSBK@GMFINANCIAL.COM
- David L Oberg    david@oberglawapc.com
- Madison B Oberg    madison@oberglawapc.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Gregory A Rougeau    grougeau@brlawsf.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Wendy Thomas    wendyt@ttelawgroup.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Herlinda Rebeca Vasquez    rebecavasquezesq@gmail.com
- Robert M Yaspan - SUSPENDED BK -    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **October 1, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 1, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2025 | Vanina Ivanova | /s/ Vanina Ivanova |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            **F 9013-3.1.PROOF.SERVICE**